IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Verisign, Inc.,<br><br>        Plaintiff,<br><br>v.<br><br>XYZ.com, LLC<br><br>and<br><br>Daniel Negari,<br><br>        Defendants. | Case No. 1:14-cv-01749 CMH-TRJ |

### NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS

Please enter the appearance on behalf of defendants XYZ.com, LLC and Daniel Negari of:

    Timothy J. Battle, Esquire
    VSB# 18538
    524 King Street
    Alexandria, VA 22320-4593
    (703) 836-1216 Tel
    (703) 549-3335 Fax
    tjbattle@verizon.net

    and

    Derek A. Newman, Esquire
    Newman Du Wors, LLP
    100 Wilshire Boulevard
    Suite 940
    Santa Monica, CA 90401
    310.359.8188 Tel
    310.359.8190 Fax
    dn@newmanlaw.com

Please withdraw the appearance on behalf of defendants XYZ.com, LLC and Daniel Negari of:

Howard A. Kroll, Esquire
Tucker Ellis, LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90071
(213) 430-3365 Tel
(213) 430-3409 Fax
howard.kroll@tuckerellis.com

Respectfully submitted,

_____
Timothy J. Battle
VSB# 18538
524 King Street
Alexandria, VA 22320-4593
(703) 836-1216 Tel
(703) 549-3335 Fax
tjbattle@verizon.net
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Virginia using the CM/EMF system on March 17, 2015. I certify that all participants in the case are registered CM/EMF users and that service will be accomplished by the CM/EMF system, which will send an electronic notification of such filing to the following counsel of record:

      Howard A. Kroll, Esquire
      Tucker Ellis, LLP
      515 South Flower Street
      42nd Floor
      Los Angeles, CA 90071
      (213) 430-3365 Tel
      (213) 430-3409 Fax
      howard.kroll@tuckerellis.com

      and

      Randall K. Miller, Esquire (VSB# 70672)
      Nicholas M. DePalma (VSB# 72886)
      Venable, LLP
      8010 Tower Crescent Drive
      Suite 300
      Vienna, VA 22182
      (703) 760-1600
      rkmiller@venable.com
      nmdepalma@venable.com
      Counsel for Plaintiff

Respectfully submitted,

_____
Timothy J. Battle
VSB# 18538
524 King Street
Alexandria, VA 22320-4593
(703) 836-1216 Tel
(703) 549-3335 Fax
tjbattle@verizon.net
*Counsel for Defendants*