IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| VERISIGN, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>XYZ.COM, LLC<br><br>-and-<br><br>DANIEL NEGARI,<br><br>        Defendants. | )<br>)<br>)<br>)<br>) **Civil Action No.** 1:14-cv-1749-CMH-MSN<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WAIVER OF ORAL ARGUMENT

On April 6, 2015, Anjie Vichayanonda and Kelly IP electronically filed their Unopposed Motion to Withdraw as Attorneys of Record (ECF No. 28).  The parties have consented to waiver of oral argument and respectfully request that the Court decide the motion without oral argument pursuant to Local Rule 7 and Fed. R. Civ. P. 78.

Respectfully submitted,

Date:  April 6, 2015        By: /s/Anjie Vichayanonda
                                      Anjie Vichayanonda (Va. Bar No. 85471)
                                      Kelly IP, LLP
                                      1330 Connecticut Ave., N.W., Suite 300
                                      Washington, D.C. 20036
                                      Telephone: (202) 808-3570
                                      Fax:        (202) 354-5232
                                      E-mail: anjie.vichayanonda@kelly-ip.com

                                      WITHDRAWING COUNSEL FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Waiver of Oral Argument has been served via the CM/ECF electronic filing system this 6th day of April, 2015 upon the following counsel of record.

>Randall K. Miller (VSB No. 70672)
>Nicholas M. DePalma (VSB No. 72886)
>8010 Towers Crescent Drive, Suite 300
>Tysons Corner, VA 22182
>rkmiller@venable.com
>nmdepalma@venable.com
>
>Timothy J. Battle
>524 King St
>Alexandria, VA 22320-9631
>tjbattle@verizon.net
>
>Derek A. Newman
>Newman Du Wors LLP
>100 Wilshire Blvd. Suite 940
>Santa Monica, CA 90401
>dn@newmanlaw.com
>
>
>By: /s/Anjie Vichayanonda
>    Anjie Vichayanonda (Va. Bar No. 85471)
>    Kelly IP, LLP
>    1330 Connecticut Ave., N.W., Suite 300
>    Washington, D.C. 20036
>    Telephone: (202) 808-3570
>    Fax:       (202) 354-5232
>    E-mail: anjie.vichayanonda@kelly-ip.com
>
>    WITHDRAWING COUNSEL FOR DEFENDANTS