IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| VERISIGN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:14-cv-1749 |
| | ) | |
| XYZ.COM, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

THIS MATTER comes before the Court on Plaintiff's Motion for Entry of Scheduling Order. It appearing to the Court that a scheduling order has been entered, it is hereby

ORDERED that Plaintiff's Motion for Entry of Scheduling Order is DENIED AS MOOT.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
April 3, 2015