IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| VERISIGN, INC., <br><br> Plaintiff, <br><br> v. <br><br> XYZ.COM, LLC <br><br> -and- <br><br> DANIEL NEGARI, <br><br> Defendants. | Civil Action No. 1:14-cv-1749-CMH-MSN <br><br> FILED <br> APR - 7 2015 |

[PROPOSED] ORDER

Upon consideration of Anjie Vichayanonda and Kelly IP's Unopposed Motion to Withdraw As Attorneys of Record, it is this 7th day of April, 2015:

ORDERED that Anjie Vichayanonda and Kelly IP's Unopposed Motion to Withdraw As Attorneys of Record is GRANTED.

/s/
Michael S. Nachmanoff
United States Magistrate Judge

~~DISTRICT~~ JUDGE
U.S. Magistrate