IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Verisign, Inc.,

        Plaintiff,

v.

XYZ.com, LLC

and

Daniel Negari,

        Defendants.

Case No. 1:14-cv-01749 CMH-MSN

## NOTICE

Please take notice that defendants XYZ.com, LLC and Daniel Negari will argue their Motion for Judgment on the Pleadings Under Federal Rule of Civil Procedure 12(c) on Friday, May 8, 2015 at 10:00 am or as soon thereafter as it may be heard.

Counsel for plaintiff Verisign, Inc. and counsel for defendants have met and conferred pursuant to Local Rule 7 of the United States District Court for the Eastern District of Virginia. They did not reach agreement before defendants filed this motion.

Respectfully submitted,

*Timothy J. Battle*
Timothy J. Battle
VSB# 18538
524 King Street
Alexandria, VA 22320-4593
(703) 836-1216 Tel
(703) 549-3335 Fax
tjbattle@verizon.net
*Counsel for Defendants*