Date: <u>05/15/15</u>                                    Judge: <u>Michael S. Nachmanoff</u>
                                                          Reporter: <u>FTR</u>
Start: 10:00
Finish: 10:46

Civil Action Number: <u>1:14cv1749</u>

<u>VeriSign, Inc.</u>

vs.

<u>XYZ.COM LLC, et al</u>

Appearances of Counsel for (✗) Pltf (✗) Deft
( ) Matter is uncontested
Motion to/for:

<u>#39 – Defendants' Motion for Entry of a Protective Order Pursuant to Fed. R. Civ. P. 26</u>
<u>#40 – Plaintiff's Motion to Compel and for a Standard Protective Order</u> / Granted in part

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to _____

Protective order - taken under advisement - parties to submit agreed protective order by next Friday

( ) Report and Recommendation to Follow
(✗) Order to Follow