IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VERISIGN, INC. ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil No. 1: 14-cv-1749-CMH-MSN |
| ) | |
| XYZ.COM LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **ORDER**

For the reasons stated from the bench, and in accordance with the specific rulings made at that time, it is hereby

ORDERED that Plaintiff's Motion to Compel (no. 40) is GRANTED in PART, Defendant's Motion for Protective Order (no. 39) is taken under advisement, and the parties are directed to file a joint protective order by Friday, May 22, 2015, consistent with the Court's rulings from the bench.

ENTERED this 15th day of May 2015.

/s/
Michael S. Nachmanoff
United States Magistrate Judge

Alexandria, Virginia