IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| VERISIGN, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 1: 14-cv-1749-CMH-MSN |
| | ) | |
| XYZ.COM LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **ORDER**

It appearing to the Court that the parties are engaged in meaningful discussions to resolve their discovery disputes, it is hereby ORDERED that the hearing on the parties' motions to compel (Docket nos. 60 & 62) is continued to Friday, June 12, 2015, at 10:00 a.m. The parties are directed to file:

(1) a status report updating the Court with respect to the scope of any remaining disagreements between the parties by 12:00 p.m. on Tuesday, June 9, 2015; and

(2) any reply briefs, if necessary, by 12:00 p.m. on Wednesday, June 10, 2015.

ENTERED this 4th day of June 2015.

/s/
Michael S. Nachmanoff
United States Magistrate Judge

Alexandria, Virginia