Date: 06/12/15                             Judge: Michael S. Nachmanoff
                                           Reporter: FTR

Start: 10:68  | 11:29
Finish: 10:38 | 11:47

Civil Action Number: 1:14cv1749

VeriSign, Inc.

vs.

XYZ.COM LLC, et al

Appearances of Counsel for (✗) Pltf (✗) Deft
( ) Matter is uncontested
Motion to/for:
#60 – Plaintiff's Motion to Enforce the Court's Order Compelling XYZ's Production of Documents –

#62 – Defendants' Motion to Compel –

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to _____

#62 - Granted in Part
  rolling production - 3 week deadline

— remaining matters taken under advisement — counsel to confer
— counsel to contact Chambers to schedule a further hearing if necessary.

( ) Report and Recommendation to Follow
(✗) Order to Follow