### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| VERISIGN, INC., | |
|             Plaintiff, | Case No. 1:14-cv-01749-CMH-MSN |
| v. | |
| XYZ.COM, LLC | |
| -and- | |
| DANIEL NEGARI, | |
|             Defendants. | |

### CERTIFICATE OF MEET AND CONFER

VeriSign, Inc. ("Verisign"), by and through its undersigned counsel, hereby certifies its compliance with Local Rule 37(E) and describes the meet and confer conferences related to the Motion for Redeposition of Defendant, Daniel Negari (ECF 82).

1.    Plaintiff's counsel (Randall K. Miller) and defense counsel (Derek Newman) had several face-to-face meetings during breaks from the June 15, 2015 deposition of the witness, Defendant Daniel Negari. As part of these conferences, Plaintiff's counsel urged defense counsel to advise Mr. Negari of his obligations to disclose his personal knowledge and to stop giving evasive answers, and counsel specifically warned that if the evasive conduct continued then Plaintiff's counsel would file a motion.

2.    On Wednesday, June 17, 2015, Plaintiff's counsel attempted to reach defense counsel to further discuss the issue, but defense counsel was unavailable and requested a call for Thursday, June 18, 2015. On Thursday's call, Plaintiff's counsel (Nicholas M. DePalma)

discussed the basis for the motion in detail and provided a list of examples of Mr. Negari's answers that were evasive. The call did not obviate the need for a motion.

3. On Friday, June 19, 2015, Plaintiff's counsel (Randall K. Miller) had a telephone call with defense counsel (Derek Newman) to report on phone calls with the Court's clerk about the Court's schedule and to further explore whether the motion could be averted. The call was unsuccessful in resolving the need for the motion.

4. After the motion was filed, counsel had two telephone conversations on Saturday, June 20, 2015 and Sunday, June 21, 2015. In addition, Plaintiff's counsel (Randall K. Miller) sent defense counsel (Derek Newman) a written proposal for resolving the pending motion. These efforts were unsuccessful in resolving the motion.

Dated: June 22, 2015

Respectfully submitted,

/s/
Randall K. Miller (VSB No. 70672)
Nicholas M. DePalma (VSB No. 72886)
Kevin W. Weigand (VSB No. 81073)
Taylor S. Chapman (VSB No. 81968)
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Tysons Corner, VA 22182
Phone: (703) 905-1404
Facsimile: (703) 821-8949
rkmiller@venable.com
nmdepalma@venable.com
kwweigand@venable.com
tschapman@venable.com

*Counsel to Plaintiff VeriSign, Inc.*

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 22nd day of June, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Timothy J. Battle
>524 King Street
>Alexandria, VA 22320-4593
>(703) 836-1216 Tel
>(703) 549-3335 Fax
>Email: tjbattle@verizon.net
>
>Derek A. Newman
>Newman Du Wors, LLP
>100 Wilshire Boulevard
>Suite 940
>Santa Monica, CA 90401
>310.359.8188 Tel
>310.359.8190 Fax
>Email: dn@newmanlaw.com
>*Counsel to Defendants XYZ.COM, LLC and Daniel Negari*

>    /s/
>Randall K. Miller (VSB No. 70672)
>Nicholas M. DePalma (VSB No. 72886)
>Kevin W. Weigand (VSB No. 81073)
>Taylor S. Chapman (VSB No. 81968)
>VENABLE LLP
>8010 Towers Crescent Drive, Suite 300
>Tysons Corner, VA 22182
>Phone: (703) 905-1404
>Facsimile: (703) 821-8949
>rkmiller@venable.com
>nmdepalma@venable.com
>kwweigand@venable.com
>tschapman@venable.com
>
>*Counsel to Plaintiff VeriSign, Inc.*

9842104