# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| **VERISIGN, INC.,**<br><br>　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**XYZ.COM, LLC**<br><br>-and-<br><br>**DANIEL NEGARI,**<br><br>　　　　　　**Defendants.** | Case No. 1:14-cv-01749-CMH-MSN |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiff VeriSign, Inc. ("Verisign"), by counsel, and in accordance with the Local Rules of this Court, will bring its Motion for Permission to Complete Four Limited Pending Discovery Matters and Incorporated Memorandum in Support before the Honorable Claude M. Hilton, August 21, 2015 at 10:00 a.m., or as soon thereafter as counsel may be heard.

Dated: August 14, 2015　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Randall K. Miller (VSB No. 70672)
　　　　　　　　　　　　　　　　　　　　Kevin W. Weigand (VSN No. 81073)
　　　　　　　　　　　　　　　　　　　　VENABLE LLP
　　　　　　　　　　　　　　　　　　　　8010 Towers Crescent Drive, Suite 300
　　　　　　　　　　　　　　　　　　　　Tysons Corner, VA 22182
　　　　　　　　　　　　　　　　　　　　Phone: (703) 905-1404
　　　　　　　　　　　　　　　　　　　　Facsimile: (703) 821-8949
　　　　　　　　　　　　　　　　　　　　rkmiller@venable.com
　　　　　　　　　　　　　　　　　　　　kwweigand@venable.com

　　　　　　　　　　　　　　　　　　　　*Counsel to Plaintiff VeriSign, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of August, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Timothy J. Battle
>524 King Street
>Alexandria, VA 22320-4593
>(703) 836-1216 Tel
>(703) 549-3335 Fax
>Email: tjbattle@verizon.net
>
>Derek A. Newman
>Newman Du Wors, LLP
>100 Wilshire Boulevard
>Suite 940
>Santa Monica, CA 90401
>310.359.8188 Tel
>310.359.8190 Fax
>Email: dn@newmanlaw.com
>*Counsel to Defendants XYZ.COM, LLC and Daniel Negari*

/s/
Randall K. Miller (VSB No. 70672)
Kevin W. Weigand (VSN No. 81073)
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Tysons Corner, VA 22182
Phone: (703) 905-1404
Facsimile: (703) 821-8949
rkmiller@venable.com
kwweigand@venable.com

*Counsel to Plaintiff VeriSign, Inc.*