IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| VERISIGN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 1:14-cv-1749-CMH-MSN |
| | ) | |
| XYZ.COM LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

For the reasons stated from the bench, and in accordance with the specific rulings made at that time, it is hereby ORDERED that Plaintiff's Motion to Compel (Docket no. 193) is GRANTED in part.  Defendants are directed to file by 12:00 p.m. on Tuesday, August 18, 2015, a pleading certifying that all Defendants have communicated with the accountant and that all documents responsive to Request for Production of Documents Nos. 28-30 have been produced.

It appearing to the Court that the parties' Motions to Seal (Docket nos. 185 and 190) comply with applicable precedent and rules and that no objections have been interposed, it is further ORDERED that Plaintiff's Motions to Seal are accordingly GRANTED.

ENTERED this 17th day of August 2015.

/s/
Michael S. Nachmanoff
United States Magistrate Judge

Alexandria, Virginia