**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |
|---|---|
| Verisign, Inc.,<br><br>        Plaintiff,<br><br>v.<br><br>XYZ.com, LLC et al,<br><br>        Defendants. | Civil Action No. 1:14-cv-01749 CMH-MSN |

**<u>RULE 26(a)(3) PRETRIAL DISCLOSURES BY DEFENDANTS
XYZ.COM LLC AND DANIEL NEGARI</u>**

Pursuant to Fed. R. Civ. P. 26(a)(3) and the Court's March 30, 2015 Scheduling Order (ECF 24), Defendants XYZ.com LLC ("XYZ") and Daniel Negari disclose the following information about the evidence they may present at trial, other than that used solely for impeachment.

## I.     WITNESS LIST

Pursuant to Fed. R. Civ. P. 26(a)(3)(i) and the Court's March 30, 2015 Scheduling Order, Defendants identify the following list of witnesses expected to be or who may be called if the need arises. Defendants reserve the right to present any witnesses identified by Plaintiff, and to present additional non-expert witnesses for the purpose of impeachment or rebuttal.

**A.     Witnesses Expected to Be Called**

Defendants expect to present the following witnesses at trial:

1.     Daniel Negari
c/o Newman Du Wors LLP
100 Wilshire Boulevard, Suite 940
Santa Monica, California 90401
Telephone: (310) 359-8200

*Expected to testify about subjects including the .XYZ registry business, allegations in Plaintiff's Complaint and related topics, and XYZ's financial information.*

1

2.     Samuel Hewitt
    GlassRatner Advisory and Capital Group, LLC
    Monarch Tower
    3424 Peachtree Road, Suite 2150
    Atlanta, Georgia 30326
    Telephone: (404) 835-8850

*Expected to testify as an expert witness regarding damages allegedly suffered by Plaintiff as a result of statements and conduct attributed to Defendants and the relevant accounting rules under U.S. Generally Accepted Accounting Principles (GAAP) as they relate to Web.com's XYZ loyalty offer and the advertising Web.com performed for XYZ.*

3.     Hal Poret
    142 Hunter Avenue
    Sleepy Hollow, New York 10591
    Telephone: (914) 772-5087

*Expected to testify as an expert witness regarding a survey conducted by Plaintiff's expert, Michael Mazis.*

4.     Jothan Frakes
    313 South 219th Street
    Normandy Park, Washington 98198
    Telephone: (206) 355-0230

*Expected to testify as an expert regarding the availability of domain names in the .COM top-level domain registry and the alleged harm Plaintiff's domain name registry business suffered as a result of statements and conduct attributed to Defendants.*

5.     Thies Lindenthal
    19 Silver Street,
    Cambridge, Cambridgeshire, CB3 9 EP, UK
    Telephone: +44 (798) 260-9705

*Expected to testify as an expert regarding damages allegedly suffered by the Plaintiff of statements and conduct attributed to Defendants.*

**B.**     **Witnesses Who May Be Called**

Defendants may call the following witnesses at trial if the need arises:

1.     Shayan Rostam
    c/o Newman Du Wors LLP

100 Wilshire Boulevard, Suite 940
Santa Monica, California 90401
Telephone: (310) 359-8200

*May testify about subjects including the .XYZ registry business.*

2.      Grant Carpenter
        c/o Newman Du Wors LLP
        100 Wilshire Boulevard, Suite 940
        Santa Monica, California 90401
        Telephone: (310) 359-8200

*May testify about subjects including the .XYZ registry business, allegations in Plaintiff's Complaint and related topics, and XYZ's financial information.*

3.      Pat Kane
        Verisign, Inc.
        Senior Vice President, Naming and Directory Services
        12061 Bluemont Way
        Reston, Virginia 20190
        Telephone: (703) 948-3200

*May testify about subjects including the basis for the allegations in Plaintiff's Complaint, Plaintiff's .COM and .NET registry business, the effect of the introduction of new top-level domains on Plaintiff's registry business, Plaintiff's marketing practices and technical operations, the alleged impact of Defendants' alleged conduct on Plaintiff, and related topics.*

4.      James Hubler
        Verisign, Inc.
        Director and Senior Corporate Counsel
        12061 Bluemont Way
        Reston, Virginia 20190
        Telephone: (703) 948-3200

*May testify about subjects including the basis for the allegations in Plaintiff's Complaint and related topics.*

5.      Zachary Salata
        Ernst & Young LLP
        1 Independent Drive, Suite 1701
        Jacksonville, Florida 32202
        Telephone: (904) 358-4523

*May testify about subjects including Web.com Group, Inc.'s recognition of revenue from a transaction with XYZ.*

6.      Michelle Maingot
        Ernst & Young LLP
        401 East Jackson Street, Suite 1200
        Tampa, Florida 33602
        Telephone: (818) 225-4968

*May testify about subjects including Web.com Group, Inc.'s recognition of revenue from a transaction with XYZ.*

7.      Sterling Auty
        J.P. Morgan Securities LLC
        277 Park Avenue
        Manhattan, New York 10017
        Telephone: (212) 272-2000

*May testify about subjects including the impact of new top-level domains on the domain name industry and on Verisign's registry business.*

8.      David Atchley
        Treasury and Investor Relations
        Verisign, Inc.
        12061 Bluemont Way
        Reston, Virginia 20190
        Telephone: (703) 948-3200

*May testify about J.P. Morgan's analysis of the impact of new top-level domains on the domain name industry and on Verisign's registry business.*

## C.      Witness Whose Testimony Defendants Expect to Present by Deposition

Pursuant to Fed. R. Civ. P. 26(a)(3)(ii) and the Court's March 30, 2015 Order,

Defendants expect to present testimony from Web.com Group, Inc.'s corporate representative,

Jason Teichman, by deposition noticed by Plaintiff and taken on August 4, 2015 in Jacksonville,

Florida. The testimony relates to Web.com's transaction with XYZ, Web.com's XYZ loyalty

offer, and advertising services that Web.com provided to XYZ.

Defendants reserve the right to supplement this disclosure, within a reasonable period, if

a witness unexpectedly becomes unavailable to provide live testimony. Insofar as Plaintiff

designates witness testimony to be presented by deposition, Defendants reserve the right to

introduce additional deposition testimony from the same witnesses or to call these witnesses for live testimony.

## II.    EXHIBIT LIST

Pursuant to Fed. R. Civ. P. 26(a)(3)(iii) and the Court's March 30, 2015 Scheduling Order, Defendants identify the following exhibits that they expect to or may introduce at trial if the need arises. Defendants reserve the right to supplement the following list to include any additional documents received from Plaintiff and/or third parties pursuant to a subpoena after the filing of this pretrial disclosure. Defendants also reserve the right to introduce any exhibits identified by Plaintiff and offer additional exhibits for impeachment or rebuttal.

Defendants identify these exhibits without waiving their right to object to Plaintiff's introduction of any such exhibits at trial.

## A.    Exhibits expected to be used at trial

| No. | Description | Date | Bates No. | Conf. |
|-----|-------------|------|-----------|-------|
| 1 | Email from Min Leone to Pat Kane, Scott Schnell, et al. attaching Verisign Questions for Naming Business, January 16, 2015 | 1/22/15 | VRSN0000005619 | Conf. |
| 2 | Verisign Questions for Naming Business, January 16, 2015 | 1/16/15 | VRSN0000005621 | AEO |
| 3 | Email from Patrick Brenner to Pat Kane, Scott Schnell, et al. attaching Verisign Inc.'s Questions for Naming Business, April 8, 2015 | 4/21/15 | VRSN0000003616 | |
| 4 | Verisign, Inc. Questions for Naming Business, April 8, 2015 | | VRSN0000003617 | AEO |
| 5 | Email from Luci Altman to Pat Kane, Scott Schnell, et al. attaching Verisign, Inc. Questions for Naming Business, July 10, 2014 | 7/15/14 | VRSN0000049877 | Conf. |
| 6 | Verisign, Inc. Questions for Naming Business, July 10, 2014 | 7/10/14 | VRSN0000049879 | AEO |

| No. | Description | Date | Bates No. | Conf. |
|---|---|---|---|---|
| 7 | .com Criticism & Positive Mentions Media Coverage Report March 31, 2014 – April 7, 2014 | 4/7/14 | VRSN0000006352 | AEO |
| 8 | Email from Kaitlin Holden to Scott Schnell et al. attaching .com Criticism & Positive Mentions Media Coverage Report April 21, 2014 – April 28, 2014 | 4/28/14 | VRSN0000041269 | Conf. |
| 9 | .com Criticism & Positive Mentions Media Coverage Report April 21, 2014 – April 28, 2014 | 4/28/14 | VRSN0000041270 | AEO |
| 10 | Email from Kaitlin Holden to Scott Schnell, Pat Kane, et al. attaching .com Criticism & Positive Mentions Media Coverage Report May 27 – June 2, 2014 | 6/2/14 | VRSN0000004034 | AEO |
| 11 | .com Criticism & Positive Mentions Media Coverage Report May 27 – June 2, 2014 | 6/2/14 | VRSN0000004035 | AEO |
| 12 | Email from Kaitlin Holden to Scott Schnell, Pat Kane, et al. attaching .com Criticism & Positive Mentions Media Coverage Report June 2 - June 9, 2014 | 6/10/14 | VRSN0000003826 | AEO |
| 13 | .com Criticism & Positive Mentions Media Coverage Report June 2 - June 9, 2014 | 6/9/14 | VRSN0000003827 | AEO |
| 14 | Email from Kaitlin Holden to Scott Schnell, Pat Kane, et al. attaching .com Criticism & Positive Mentions Media Coverage Report June 9 – June 16, 2014 | 6/16/14 | VRSN0000004241 | AEO |
| 15 | .com Criticism & Positive Mentions Media Coverage Report June 9 – June 16, 2014 | 6/16/14 | VRSN0000004242 | AEO |
| 16 | Email from Kaitlin Holden to Scott Schnell, Pat Kane, et al. attaching .com Criticism & Positive Mentions Media Coverage Report June 30 – July 7, 2014 | 7/7/14 | VRSN0000004340 | Conf. |
| 17 | .com Criticism & Positive Mentions Media Coverage Report June 30 – July 7, 2014 | 7/7/14 | VRSN0000004341 | AEO |

| No. | Description | Date | Bates No. | Conf. |
|---|---|---|---|---|
| 18 | Email from Kaitlin Holden to Scott Schnell, Pate Kane, et al. attaching .com Criticism & Positive Mentions Media Coverage Report July 7 – 14, 2014 | 7/15/14 | VRSN0000004450 | AEO |
| 19 | .com Criticism & Positive Mentions Media Coverage Report July 7 – 14, 2014 | 7/14/14 | VRSN0000004451 | AEO |
| 20 | Email from Kaitlin Holden to Scott Schnell, Pate Kane, et al. attaching .com Criticism & Positive Mentions Media Coverage Report August 12 – 21, 2014 | 8/21/14 | VRSN0000050570 | AEO |
| 21 | .com Criticism & Positive Mentions Media Coverage Report August 12 – 21, 2014 | 8/21/14 | VRSN0000050571 | AEO |
| 22 | Email from Kaitlin Holden to Scott Schnell, Pat Kane, et al. attaching .com Criticism & Positive Mentions Media Coverage Report August 21 – 26, 2014 | 8/26/14 | VRSN0000006274 | Conf. |
| 23 | .com Criticism & Positive Mentions Media Coverage Report August 21 – 26, 2014 | 8/26/14 | VRSN0000006275 | AEO |
| 24 | .com Criticism & Positive Mentions Media Coverage Report August 26 – September 2, 2014 | 9/2/14 | VRSN0000006621 | AEO |
| 25 | Email from Scott Schnell to Min Leone attaching 2015 Marketing Update PowerPoint Presentation by Scott Schnell | 3/2/15 | VRSN0000002000 | AEO |
| 26 | 2015 Marketing Update PowerPoint Presentation by Scott Schnell | 3/3/15 | VRSN0000002001 | AEO |
| 27 | Email from Michael Chase to Scott Schnell regarding call with Andrew Gorrin discussing Network Solutions' promotion with XYZ | 6/5/14 | VRSN0000003009 | AEO |
| 28 | Letter from Thomas Indelicarto to Matthew McClure (Web.com) regarding the registration of gtld-servers.xyz | 8/7/14 | VRSN0000003536 | AEO |
| 29 | Email from Min Leone to John Ho regarding Q3 2014 Diligence Questionnaire | 12/22/14 | VRSN0000003133 | AEO |
| 30 | Verisign Questions for Naming Business October 7, 2014 | 10/7/14 | VRSN0000003134 | AEO |

| No. | Description | Date | Bates No. | Conf. |
|---|---|---|---|---|
| 31 | Email from Michelle Romano to Lori Shepherd attaching US Go to Market 2015 PowerPoint Presentation | 12/30/14 | VRSN0000004972 | AEO |
| 32 | US Go to Market 2015 PowerPoint Presentation | | VRSN0000004974 | AEO |
| 33 | Email from Min Leone to Scott Schnell attaching Domain Business Update PowerPoint Presentation | 2/2/15 | VRSN0000005829 | Conf. |
| 34 | Domain Business Update PowerPoint Presentation | February 2015 | VRSN0000005830 | AEO |
| 35 | Email from Jim Bidzos to Pat Kane and Scott Schnell regarding Web.com and Network Solutions | 6/4/14 | VRSN0000037095 | Conf. |
| 36 | Email from Scott Schnell to Jim Bidzos regarding Web.com and Network Solutions | 6/4/14 | VRSN0000037106 | AEO |
| 37 | Email from Scott Schnell to Jim Bidzos regarding Web.com and Network Solutions | 6/4/14 | VRSN0000037111 | AEO |
| 38 | Email from Scott Schnell to Jim Bidzos attaching Domain Name Marketing & Account Management Update PowerPoint Presentation by Scott Schnell | 2/5/15 | VRSN0000039889 | AEO |
| 39 | Domain Name Marketing & Account Management Update PowerPoint Presentation by Scott Schnell | 2/10/15 | VRSN0000039890 | AEO |
| 40 | Redline of #InternetOfficial Contest Post Mortem | | VRSN0000060126 | AEO |
| 41 | Expert Report of Samuel Hewitt | | | AEO |
| 42 | Expert Report of Hal Poret | | | AEO |
| 43 | Expert Report of Thies Lindenthal | | | AEO |
| 44 | Expert Report of Jothan Frakes | | | AEO |
| 45 | Spreadsheet of Respondents' Responses to Michael Mazis's Survey Questions | | | |
| 46 | Google Analytics for webpage /believe/ Jan 1, 2013 – Dec 23, 2014 | | XYZ 00073571 | AEO |

| No. | Description | Date | Bates No. | Conf. |
|---|---|---|---|---|
| 47 | Google Analytics for webpage /believe/ Jan 1, 2013 – Jun 2, 2015 | | XYZ 00073572 | AEO |
| 48 | Google Analytics for webpage /booooooom/ Jan 1, 2013 – Dec 23, 2014 | | XYZ 00073573 | AEO |
| 49 | Google Analytics for webpage /booooooom/ Jan 1, 2013 – Jun 2, 2015 | | XYZ 00073574 | AEO |
| 50 | Google Analytics for webpage /com-net-xyz/ Jan 1, 2013 – Dec 23, 2014 | | XYZ 00073575 | AEO |
| 51 | Google Analytics for webpage /com-net-xyz/ Jan 1, 2013 – Jun 2, 2015 | | XYZ 00073576 | AEO |
| 52 | Google Analytics for webpage /teamwork/ Jan 1, 2013 – Dec 23, 2014 | | XYZ 00073577 | AEO |
| 53 | Google Analytics for webpage /teamwork/ Jan 1, 2013 – Jun 2, 2015 | | XYZ 00073578 | AEO |
| 54 | Google Analytics for webpage /blog/xyz-the-next-com Jan 1, 2013 – Dec 23, 2014 | | XYZ 00073579 | AEO |
| 55 | Google Analytics for webpage /blog/xyz-the-next-com Jan 1, 2013 – Jun 2, 2015 | | XYZ 00073580 | AEO |
| 56 | Google Analytics for webpage /registrars Jan 1, 2013 – Dec 23, 2014 | | | AEO |
| 57 | Google Analytics for webpage /registrars Jan 1, 2013 – Jun 2, 2015 | | | AEO |
| 58 | Email from David Kestenbaum to hello@xyz.com regarding National Public Radio request | 3/27/14 | XYZ 00073581 | Conf. |
| 59 | Email from David Kestenbaum to hello@xyz.com regarding National Public Radio Interview | 3/27/14 | XYZ 00073582 | Conf. |
| 60 | Email from Daniel Negari to David Kestenbaum regarding National Public Radio Interview | 3/28/14 | XYZ 00073583 | Conf. |
| 61 | CentralNic gTLD Services Agreement Amendment No. 4 Signed by Ben Crawford | | XYZ 00221903 | AEO |

| No. | Description | Date | Bates No. | Conf. |
|-----|-------------|------|-----------|-------|
| 62 | CentralNic gTLD Services Agreement Amendment No. 4 Signed by Daniel Negari | | XYZ 00221906 | AEO |
| 63 | CentralNic Invoice for August 2014 | 8/31/14 | XYZ 00221857 | AEO |
| 64 | CentralNic Invoice for September 2014 | 9/30/14 | XYZ 00221880 | AEO |
| 65 | CentralNic Invoice for October 2014 | 10/31/14 | XYZ 00221879 | AEO |
| 66 | CentralNic Invoice for November 2014 | 11/30/14 | XYZ 00221878 | AEO |
| 67 | CentralNic Invoice for December 2014 | 12/31/14 | XYZ 00221875 | AEO |
| 68 | CentralNic Invoice for January 2015 | 1/31/15 | XYZ 00222181 | AEO |
| 69 | CentralNic Invoice for February 2015 | 2/28/15 | XYZ 00222102 | AEO |
| 70 | CentralNic Invoice for March 2015 | 3/31/15 | XYZ 00222103 | AEO |
| 71 | CentralNic Invoice for April 2015 | 4/30/15 | XYZ 00222104 | AEO |
| 72 | CentralNic Invoice for May 2015 | 5/31/15 | XYZ 00222105 | AEO |
| 73 | CentralNic Invoice for June 2014 | 6/30/14 | XYZ 00221877 | AEO |
| 74 | CentralNic Invoice for July 2014 | 7/31/14 | XYZ 00221876 | AEO |
| 75 | Network Solutions Invoice 7/1/14 | | XYZ00140312 | AEO |
| 76 | Network Solutions Invoice 7/1/14 Paid | 7/1/14 | XYZ00187977 | AEO |
| 77 | Network Solutions Invoice 8/5/14 | 8/5/14 | XYZ 00155397 | AEO |
| 78 | Network Solutions Invoice 8/5/14 Paid | 8/5/14 | XYZ00155083 | AEO |
| 79 | Network Solutions Invoice 9/18/14 | 9/18/14 | XYZ 00172649 | AEO |
| 80 | Network Solutions Invoice 9/18/14 Paid | 9/18/14 | XYZ00172680 | AEO |
| 81 | ICANN Invoices for 2014 and 2015 | | XYZ 00221881 | AEO |
| 82 | XYZ.COM LLC Balance Sheet as of December 31, 2012 | 12/31/12 | XYZ 00222804 | AEO |
| 83 | XYZ.COM LLC Statement of Cash Flows January through December 2012 | | XYZ 00222092 | AEO |
| 84 | XYZ.COM LLC Profit & Loss January through December 2012 | | XYZ 00222093 | AEO |
| 85 | XYZ.COM LLC Balance Sheet as of December 31, 2013 | | XYZ 00222094 | AEO |
| 86 | XYZ.COM LLC Statement of Cash Flows January through December 2013 | | XYZ 00222095 | AEO |

| No. | Description | Date | Bates No. | Conf. |
|---|---|---|---|---|
| 87 | XYZ. COM LLC Profit & Loss January through December 2013 | | XYZ 00222096 | AEO |
| 88 | XYZ.COM LLC Balance Sheet as of December 31, 2014 | | XYZ 00222099 | AEO |
| 89 | XYZ.COM LLC Statement of Cash Flows January through December 2014 | | XYZ 00222100 | AEO |
| 90 | XYZ.COM LLC Profit & Loss January through December 2014 | | XYZ 00222101 | AEO |
| 91 | XYZ.COM LLC Balance Sheet as of June 30, 2015 | | XYZ 00222106 | AEO |
| 92 | XYZ.COM LLC Statement of Cash Flows January through June 2015 | | XYZ 00222107 | AEO |
| 93 | XYZ.COM LLC Profit & Loss January through June 2015 | | XYZ 00222108 | AEO |
| 94 | XYZ.COM LLC 2012 Federal Tax Return | | XYZ 00223141 | AEO |
| 95 | XYZ.COM LLC 2013 Federal Tax Return | | XYZ 00223158 | AEO |
| 96 | XYZ.COM LLC 2014 Federal Tax Return | | XYZ 00223119 | AEO |
| 97 | XYZ Rebate Tracker for 2014 and 2015 | | XYZ 00222130 | AEO |
| 98 | XYZ.COM LLC Transaction Detail for Network Solutions January through December 2014 | | XYZ 00222097 | AEO |
| 99 | GoDaddy Launch Plans & Proposal for .XYZ PowerPoint Presentation | | XYZ 00222110 | AEO |
| 100 | Web.com Advertising Insertion Order | 5/20/14 | WEB000017 | Conf. |
| 101 | Web.com Marketing Agreement | 5/20/14 | WEB000027 | AEO |
| 102 | Web.com Advertising Revenue | 12/31/14 | EY-000544 | |
| 103 | Email promoting .xyz domain names sent from Network Solutions | 6/28/14 | XYZ 00222125 | |
| 104 | XYZ placement on the Web.com's Account Manager webpage | 2/9/15 | XYZ 00222119 | |
| 105 | XYZ placement on the Network Solutions' domain name registration webpage | 6/27/14 | XYZ 00222120 | |
| 106 | XYZ placement on the Network Solutions' Index webpage | 6/27/14 | XYZ 00222121 | |

| No. | Description | Date | Bates No. | Conf. |
|---|---|---|---|---|
| 107 | XYZ placement on Network Solutions' domain name search results webpage | 9/5/14 | XYZ 00222122 | |
| 108 | XYZ placement on Network Solutions' domain name search results tld webpage | 6/27/14 | XYZ 00222123 | |
| 109 | XYZ placement on Network Solutions' domain name search results tld webpage | 6/27/14 | XYZ 00222124 | |
| 110 | XYZ placement on Networks Solutions' webpage | 6/27/14 | XYZ 00222127 | |
| 111 | XYZ placement on Network Solutions' domain name registration webpage | 6/27/14 | XYZ 00222128 | |
| 112 | XYZ placement on Network Solutions' domain name search results webpage | 6/27/14 | XYZ 00222129 | |
| 113 | Verisign's CEO Jim Bidzos on Q3 2014 Results – Earnings Call Transcript | 10/23/14 | XYZ 00222711 | |
| 114 | XYZ's analysis table of .com availability | | XYZ 00222091 | |
| 115 | Chart Showing Domain Volume and Timeline per Top Level Domain | | XYZ 00222795 | |
| 116 | Chart Showing Domain Volume and Timeline per Top Level Domain | | XYZ 00222796 | |
| 117 | Chart Showing Domain Volume and Timeline per Top Level Domain (TLD) | | XYZ 00222797 | |
| 118 | Domain Names per TLD, By Date for .net (January 2014 – June 2015) | | XYZ 00222798 | |
| 119 | Domain Names per TLD, By Date for .net, .xyz, and .org (January 2014 – June 2015) | | XYZ 00222799 | |
| 120 | Domain Names per TLD, By Date for .net and .xyz (January 2014 – June 2015) | | XYZ 00222800 | |
| 121 | Domain Names per TLD, By Date for .org (January 2014 – June 2015) | | XYZ 00222801 | |
| 122 | Domain Names per TLD, by Date for .xyz (January 2014 – June 2015) | | XYZ 00222803 | |
| 123 | Legend & Footnotes for Document Graph of TLDs | | XYZ 00222802 | |

| No. | Description | Date | Bates No. | Conf. |
|---|---|---|---|---|
| 124 | Video statistics for YouTube "Move over .com - .xyz is for the next generation of the internet" | 4/2/15 | XYZ 00223237 | |
| 125 | Video statistics for YouTube "Move over .com - .xyz is for the next generation of the internet" | 8/12/15 | XYZ 00223223 | |
| 126 | "Move over .com - .xyz is for the next generation of the internet" video as referenced in the Complaint ¶¶ 17–23 and located at https://www.youtube.com/watch?v=uh_i13jluqs | 6/16/14 | | |
| 127 | ".xyz is officially the #1 new domain extension" video as referenced in the Complaint ¶ 53(a) and located at https://www.youtube.com/watch?t=12&v=c4L8iFVKyww | 6/6/14 | | |
| 128 | Excerpts from the transcript and videotaped deposition of Web.com Group, Inc.'s 30(b)(6) deposition taken on August 4, 2015 in Jacksonville, Florida. | | | |

**B.**     **Exhibits Which May Be Used at Trial**

| No. | Description | Date | Bates No. | Conf. |
|---|---|---|---|---|
| 129 | ASC 605 Revenue Recognition | | | |
| 130 | ASC 845 Nonmonetary Transactions | | | |
| 131 | ASC 820 Fair Value Measurement | | | |
| 132 | Verisign Inc.'s Form 10-K for the Period Ending 12/31/14 | 02/13/15 | VRSN0000000572 | |
| 133 | Verisign 2014 Cooperative Marketing Fund Program Addendum | | VRSN0000001746 | AEO |
| 134 | Email from Afshaan Abdul to Michael Reed regarding Registrar Analysis ii PowerPoint Presentation | 4/30/15 | VRSN0000003884 | Conf. |

| No. | Description | Date | Bates No. | Conf. |
|-----|-------------|------|-----------|-------|
| 135 | Registrar Analysis ii PowerPoint Presentation by Afshaan Abdul | March 2015 | VRSN0000003885 | AEO |
| 136 | Email from Scott Schnell to George E Kilguss regarding meetings with Web.com and GoDaddy | 7/12/14 | VRSN0000004438 | AEO |
| 137 | Email from David Kestenbaum to hello@xyz.com regarding National Public Radio Interview | 4/17/14 | XYZ 00073584 | Conf. |
| 138 | Email from Suzanne L. Chapman to Michael Reed et al. regarding Co-Op Proposal with GoDaddy | 1/27/15 | VRSN0000046160 | AEO |
| 139 | Letter from Zedford D. Dancey to Maguy Serad (ICANN) regarding Network Solutions' XYZ Promotion | 7/11/14 | VRSN0000060458 | AEO |
| 140 | Letter from Matt McClure (Web.com) to Thomas C. Indelicarto regarding Network Solutions' opt-out notifications | 8/13/14 | VRSN0000060461 | Conf. |
| 141 | Email from Maguy Serad (ICANN) to Zedford Dancey regarding Network Solutions' XYZ promotion | 7/17/14 | VRSN0000060463 | AEO |
| 142 | Email from Dan Gregson (Web.com) to Zachary Salata regarding Web.com's advertising agreement with XYZ | 7/24/14 | EY-000042 | Conf. |
| 143 | New gTLDs: Competitive Tactics, Verisign Marketing Strategy and Plan PowerPoint Presentation | 7/22/14 | VRSN0000038789 | AEO |
| 144 | Letter from Brian Winterfeldt to Maguy Serad (ICANN) regarding ICANN compliance relating to Web.com's promotion of XYZ | 8/6/14 | WEB003096 | AEO |
| 145 | Email from Joy Morel to Michael Reed attaching The Americas & Australia GTM Plan Q1 2015 PowerPoint Presentation | 3/23/15 | VRSN0000002177 | AEO |
| 146 | The Americas & Australia GTM Plan Q1 2015 PowerPoint Presentation | | VRSN0000002178 | AEO |

14

| No. | Description | Date | Bates No. | Conf. |
|-----|-------------|------|-----------|-------|
| 147 | Email from Scott Schnell to George Kilguss attaching Q2 Market Intel – North America | 7/16/14 | VRSN0000004531 | AEO |
| 148 | Q2 Market Intel – North America | | VRSN0000004533 | AEO |
| 149 | Verisign Honors the ".com 25" and Unveils Internet Infrastructure Grants Webpage | 5/26/10 | | |
| 150 | Hover Article: Top 20 gTLDs - August 18 – 24, 2014 | 8/25/14 | XYZ 00073587 | |
| 151 | Forbes Article: Domain Already Taken? Do What Google Did And Try A Not-Com Name | 8/11/15 | | |
| 152 | Email from Sterling P Auty (J.P. Morgan) to David Atchley attaching Domain Name Industry Takeaways from ICANN Conference Call on gTLDs | 1/9/14 | JPMC 00000001 | Conf. |
| 153 | J.P. Morgan Domain Name Industry Takeaways from ICANN Conference Call on gTLDs | 1/9/14 | JPMC00000006 | Conf. |
| 154 | J.P. Morgan Verisign Equity Research | 1/22/15 | JPMC 00000575 | Conf. |
| 155 | "Alphabet Frenzy: .Xyz Registrations Rise in Google's Wake" video located at http://news.bloomberg.com/video s/2015-08-12/alphabet-frenzy-xyz-registrations-rise-in-google-s-wake | 8/12/15 | | |
| 156 | .com January 2014 Activity Report | January 2014 | XYZ 00222375 | |
| 157 | .com January 2014 Operator Report | January 2014 | XYZ 00222463 | |
| 158 | .com January 2014 Transactions Report | January 2014 | XYZ 00222386 | |
| 159 | .com February 2014 Activity Report | February 2014 | XYZ 00222376 | |
| 160 | .com February 2014 Operator Report | February 2014 | XYZ 00222473 | |

| No. | Description | Date | Bates No. | Conf. |
|-----|-------------|------|-----------|-------|
| 161 | .com February 2014 Transactions Report | February 2014 | XYZ 00222387 | |
| 162 | .com March 2014 Activity Report | March 2014 | XYZ 00222377 | |
| 163 | .com March 2014 Operator Report | March 2014 | XYZ 00222483 | |
| 164 | .com March 2014 Transactions Report | March 2014 | XYZ 00222388 | |
| 165 | .com April 2014 Activity Report | April 2014 | XYZ 00222378 | |
| 166 | .com April 2014 Operator Report | April 2014 | XYZ 00222493 | |
| 167 | .com April 2014 Transactions Report | April 2014 | XYZ 00222389 | |
| 168 | .com May 2014 Activity Report | May 2014 | XYZ 00222379 | |
| 169 | .com May 2014 Operator Report | May 2014 | XYZ 00222503 | |
| 170 | .com May 2014 Transactions Report | May 2014 | XYZ 00222390 | |
| 171 | .com June 2014 Activity Report | June 2014 | XYZ 00223207 | |
| 172 | .com June 2014 Operator Report | June 2014 | XYZ 00222513 | |
| 173 | .com June 2014 Transactions Report | June 2014 | XYZ 00222391 | |
| 174 | .com July 2014 Activity Report | July 2014 | XYZ 00223208 | |
| 175 | .com July 2014 Operator Report | July 2014 | XYZ 00222523 | |
| 176 | .com July 2014 Transactions Report | July 2014 | XYZ 00222392 | |
| 177 | .com August 2014 Activity Report | August 2014 | XYZ 00223209 | |
| 178 | .com August 2014 Operator Report | August 2014 | XYZ 00222533 | |
| 179 | .com August 2014 Transactions Report | August 2014 | XYZ 00222393 | |
| 180 | .com September 2014 Activity Report | September 2014 | XYZ 00223210 | |
| 181 | .com September 2014 Operator Report | September 2014 | XYZ 00222543 | |
| 182 | .com September 2014 Transactions Report | September 2014 | XYZ 00222394 | |
| 183 | .com October 2014 Activity Report | October 2014 | XYZ 00222380 | |

| No. | Description | Date | Bates No. | Conf. |
|---|---|---|---|---|
| 184 | .com October 2014 Operator Report | October 2014 | XYZ 00222553 | |
| 185 | .com October 2014 Transactions Report | October 2014 | XYZ 00222395 | |
| 186 | .com November 2014 Activity Report | November 2014 | XYZ 00222381 | |
| 187 | .com November 2014 Operator Report | November 2014 | XYZ 00222563 | |
| 188 | .com November 2014 Transactions Report | November 2014 | XYZ 00222396 | |
| 189 | .com December 2014 Activity Report | December 2014 | XYZ 00222382 | |
| 190 | .com December 2014 Operator Report | December 2014 | XYZ 00222573 | |
| 191 | .com December 2014 Transactions Report | December 2014 | XYZ 00222397 | |
| 192 | .com January 2015 Activity Report | January 2015 | XYZ 00222383 | |
| 193 | .com January 2015 Operator Report | January 2015 | XYZ 00222583 | |
| 194 | .com January 2015 Transactions Report | January 2015 | XYZ 00222398 | |
| 195 | .com February 2015 Activity Report | February 2015 | XYZ 00222384 | |
| 196 | .com February 2015 Operator Report | February 2015 | XYZ 00222593 | |
| 197 | .com February 2015 Transactions Report | February 2015 | XYZ 00222399 | |
| 198 | .com March 2015 Activity Report | March 2015 | XYZ 00222385 | |
| 199 | .com March 2015 Operator Report | March 2015 | XYZ 00222603 | |
| 200 | .com March 2015 Transactions Report | March 2015 | XYZ 00222400 | |
| 201 | .com April 2015 Activity Report | April 2015 | XYZ 00223211 | |
| 202 | .com April 2015 Transactions Report | April 2015 | XYZ 00223212 | |

| No. | Description | Date | Bates No. | Conf. |
|---|---|---|---|---|
| 203 | .net January 2014 Transactions Report | January 2014 | XYZ 00222401 | |
| 204 | .net February 2014 Transactions Report | February 2014 | XYZ 00222402 | |
| 205 | .net March 2014 Transactions Report | March 2014 | XYZ 00222403 | |
| 206 | .net April 2014 Transactions Report | April 2014 | XYZ 00222404 | |
| 207 | .net May 2014 Transactions Report | May 2014 | XYZ 00222405 | |
| 208 | .net June 2014 Transactions Report | June 2014 | XYZ 00222406 | |
| 209 | .net July 2014 Transactions Report | July 2014 | XYZ 00222407 | |
| 210 | .net August 2014 Transactions Report | August 2014 | XYZ 00222408 | |
| 211 | .net September 2014 Transactions Report | September 2014 | XYZ 00222409 | |
| 212 | .net October 2014 Transactions Report | October 2014 | XYZ 00222410 | |
| 213 | .net November 2014 Transactions Report | November 2014 | XYZ 00222411 | |
| 214 | .net December 2014 Transactions Report | December 2014 | XYZ 00222412 | |
| 215 | .net January 2015 Transactions Report | January 2015 | XYZ 00222413 | |
| 216 | .net February 2015 Transactions Report | February 2015 | XYZ 00222414 | |
| 217 | .net March 2015 Transactions Report | March 2015 | XYZ 00222415 | |
| 218 | .net April 2015 Transactions Report | April 2015 | XYZ 00222416 | |
| 219 | .xyz February 2014 Activity Report | February 2014 | XYZ 00222435 | |
| 220 | .xyz February 2014 Transactions Report | February 2014 | XYZ 00222449 | |
| 221 | .xyz March 2014 Activity Report | March 2014 | XYZ 00222436 | |
| 222 | .xyz March 2014 Transactions Report | March 2014 | XYZ 00222450 | |
| 223 | .xyz April 2014 Activity Report | April 2014 | XYZ 00222437 | |
| 224 | .xyz April 2014 Transactions Report | April 2014 | XYZ 00222451 | |

| No. | Description | Date | Bates No. | Conf. |
|---|---|---|---|---|
| 225 | .xyz May 2014 Activity Report | May 2014 | XYZ 00222438 | |
| 226 | .xyz May 2014 Transactions Report | May 2014 | XYZ 00222452 | |
| 227 | .xyz June 2014 Activity Report | June 2014 | XYZ 00222439 | |
| 228 | .xyz June 2014 Transactions Report | June 2014 | XYZ 00222453 | |
| 229 | .xyz July 2014 Activity Report | July 2014 | XYZ 00222440 | |
| 230 | .xyz July 2014 Transactions Report | July 2014 | XYZ 00222454 | |
| 231 | .xyz August 2014 Activity Report | August 2014 | XYZ 00222441 | |
| 232 | .xyz August 2014 Transactions Report | August 2014 | XYZ 00222455 | |
| 233 | .xyz September 2014 Activity Report | September 2014 | XYZ 00222442 | |
| 234 | .xyz September 2014 Transactions Report | September 2014 | XYZ 00222456 | |
| 235 | .xyz October 2014 Activity Report | October 2014 | XYZ 00222443 | |
| 236 | .xyz October 2014 Transactions Report | October 2014 | XYZ 00222457 | |
| 237 | .xyz November 2014 Activity Report | November 2014 | XYZ 00222444 | |
| 238 | .xyz November 2014 Transactions Report | November 2014 | XYZ 00222458 | |
| 239 | .xyz December 2014 Activity Report | December 2014 | XYZ 00222445 | |
| 240 | .xyz December 2014 Transactions Report | December 2014 | XYZ 00222459 | |
| 241 | .xyz January 2015 Activity Report | January 2015 | XYZ 00222446 | |
| 242 | .xyz January 2015 Transactions Report | January 2015 | XYZ 00222460 | |
| 243 | .xyz February 2015 Activity Report | February 2015 | XYZ 00222447 | |
| 244 | .xyz February 2015 Transactions Report | February 2015 | XYZ 00222461 | |

| No. | Description | Date | Bates No. | Conf. |
|---|---|---|---|---|
| 245 | .xyz March 2015 Activity Report | March 2015 | XYZ 00222448 | |
| 246 | .xyz March 2015 Transactions Report | March 2015 | XYZ 00222462 | |
| 247 | .xyz April 2015 Activity Report | April 2015 | XYZ 00223275 | |
| 248 | .xyz April 2015 Transactions Report | April 2015 | XYZ 00223276 | |
| 249 | Registrations of .COM domains from January 2002 – March 2015. (FRE 1006 summary of voluminous records: Verisign's .COM monthly registry reports from January 2002 – March 2015, copies of which will be provided at the agreed time for exchange of exhibits.) | | | |
| 250 | Registrations of .COM domains, January 2013 – March 2015. (FRE 1006 summary of voluminous records: Verisign's .COM monthly registry reports from January 2013 – March 2015, copies of which will be provided at the agreed time for exchange of exhibits.) | | | |
| 251 | Registrations of .NET domains, January 2002 – March 2015. (FRE 1006 summary of voluminous records: Verisign's .NET monthly registry reports from January 2002 – March 2015, copies of which will be provided at the agreed time for exchange of exhibits.) | | | |
| 252 | New registrations of .NET domains, January 2010 – May 2015.  (FRE 1006 summary of voluminous records: Verisign's .NET monthly registry reports from January 2010 – March 2015, copies of which will be provided at the agreed time for exchange of exhibits.) | | | |
| 253 | New registrations of .NET domains, January 2010 – May 2015. (FRE 1006 summary of voluminous records: Verisign's .NET monthly registry reports from January 2010 – March 2015, copies of which will be provided at the agreed time for exchange of exhibits.) | | | |

| No. | Description | Date | Bates No. | Conf. |
|-----|-------------|------|-----------|-------|
| 254 | Verisign .COM domains in zone file, by day, January 2014–March 2015. (FRE 1006 summary of voluminous records: Verisign's daily zone file counts which have already been produced and will be provided again at the agreed time for exchange of exhibits.) | | | |
| 255 | .COM domains under management, by month, January 2010 - March 2015. (FRE 1006 summary of voluminous records: Verisign's .COM monthly registry reports from January 2010 – March 2015, copies of which will be provided at the agreed time for exchange of exhibits.) | | | |
| 256 | .COM domains under management, by month, January 2014 - March 2015. (FRE 1006 summary of voluminous records: Verisign's .NET monthly registry reports from January 2014 – March 2015, copies of which will be provided at the agreed time for exchange of exhibits.) | | | |
| 257 | Verisign .NET domains in zone file, by day, January 2014–March 2015. (FRE 1006 summary of voluminous records: Verisign's daily zone file counts which have already been produced and will be provided again at the agreed time for exchange of exhibits.) | | | |
| 258 | .NET new registrations, by month, January 2010–May 2015. (FRE 1006 summary of voluminous records: Verisign's .NET monthly registry reports from January 2010 – March 2015, copies of which will be provided at the agreed time for exchange of exhibits.) | | | |

| No. | Description | Date | Bates No. | Conf. |
|---|---|---|---|---|
| 259 | .XYZ domains under management, by month, June 2014–March 2015. (FRE 1006 summary of voluminous records: .XYZ monthly registry reports from June 2014 – March 2015, which have already been produced and will be provided again at the agreed time for exchange of exhibits.) | | | |

Dated August 20, 2015.                          NEWMAN DU WORS LLP


/s/ Timothy J. Battle
Timothy J. Battle
Timothy J. Battle Law Offices
VSB# 18538
524 King Street
Alexandria, VA 22320-4593
(703) 836-1216 Tel
(703) 549-3335 Fax
tjbattle@verizon.net

Derek A. Newman, admitted *pro hac vice*
Derek Linke, admitted *pro hac vice*
Jason B. Sykes, admitted *pro hac vice*
Sophy Tabandeh, admitted *pro hac vice*
100 Wilshire Boulevard, Suite 940
Santa Monica, CA 90401
(310) 359-8200 Tel
(310) 359-8190 Fax
dn@newmanlaw.com
linke@newmanlaw.com
jason@newmanlaw.com
sophy@newmanlaw.com

*Counsel for Defendants XYZ.com, LLC
and Daniel Negari*

## CERTIFICATE OF SERVICE

I certify that on August 20, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Nicholas Martin DePalma
Randall Karl Miller
Kevin William Weigand
Taylor Sumner Chapman
Roger Anthony Colaizzi
Venable LLP (Vienna)
8010 Towers Crescent Drive
Suite 300
Tysons Corner, VA 22182
nicholas.depalma@venable.com
rkmiller@venable.com
kwweigand@venable.com
tschapman@venable.com
racolaizzi@venable.com

Stephen Keith Marsh
Marsh PLLC
1940 Duke Street
Suite 200
Alexandria, VA 22314
stephen.marsh@marshpllc.com


/s/      Timothy J. Battle
Timothy J. Battle
VSB# 18538
524 King Street
Alexandria, VA 22320-4593
(703) 836-1216 Tel
(703) 549-3335 Fax
tjbattle@verizon.net
*Counsel for XYZ.com and Daniel Negari*

23