DATE: _8/20/15_     CASE NUMBER: _1:14cv1749_     START _10:14_

JUDGE: _Hilton_     REPORTER: _____     END _10:21_

PARTIES:

_VeriSign, Inc._

_____

v.

_XYZ.Com LLC, et al._

_____

APPEARANCES: Counsel for   Plaintiff (✓)  Defendant (✓)   Pro Se ( )

(✓) Case set for trial by JURY on _November 2, 2015_

( ) Case set for trial by the COURT on _____