IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| VERISIGN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 1:14-cv-1749-CMH-MSN |
| | ) | |
| XYZ.COM LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Having reviewed the Plaintiff's Motion for Permission to Complete Four Limited Pending Discovery Matters (Docket no. 208), the Defendants' Opposition to Plaintiff's Motion, and Plaintiff's Reply Brief, it is hereby ORDERED that Plaintiff's Motion is GRANTED.  For the reasons stated in a telephone conference conducted on August 24, 2015, and in accordance with the specific findings made at that time, the Court finds that discovery shall be extended for thirty (30) days until September 23, 2015, for the limited purposes identified in Plaintiff's Motion.  All supplemental disclosures shall be filed by October 1, 2015.  No further enlargement of the discovery deadline will be granted.

It appearing to the Court that the parties' Motions to Seal (Docket nos. 198 and 204) comply with applicable precedent and rules and that no objections have been interposed, it is further ORDERED that these Motions to Seal are accordingly GRANTED.

ENTERED this 24th day of August 2015.

_____
/s/
Michael S. Nachmanoff
United States Magistrate Judge

Alexandria, Virginia