IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Verisign, Inc., <br><br> Plaintiff, <br><br> v. <br><br> XYZ.com, LLC et al, <br><br> Defendants. | Civil Action No. 1:14-cv-01749 CMH-MSN |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that Defendant XYZ.com, LLC and Daniel Negari. ("Defendants"), by counsel, and in accordance with the Local Rules of this Court, will bring their Motion to Exclude Expert Testimony of Michael B. Mazis (ECF 232) before the Honorable United States District Judge Claude M. Hilton on Friday, September 4, 2015 at 10:00 a.m., or as soon thereafter as counsel may be heard.

Counsel for plaintiff Verisign, Inc. and counsel for Defendants have met and conferred pursuant to Local Rule 7 of the United States District Court for the Eastern District of Virginia. They did not reach agreement before Defendants filed this motion.

Respectfully submitted,

Dated August 28, 2015

/s/ Timothy J. Battle
Timothy J. Battle
Timothy J. Battle Law Offices
VSB# 18538
524 King Street
Alexandria, VA 22320-4593
(703) 836-1216 Tel
(703) 549-3335 Fax
*tjbattle@verizon.net*

Derek A. Newman, admitted pro hac vice

1

Derek Linke, admitted pro hac vice
Jason Sykes, admitted pro hac vice
Sophy Tabandeh, admitted pro hac vice
100 Wilshire Boulevard, Suite 940
Santa Monica, CA 90401
(310) 359-8200 Tel
(310) 359-8190 Fax
*dn@newmanlaw.com*
*linke@newmanlaw.com*
*jason@newmanlaw.com*
*sophy@newmanlaw.com*

*Counsel for Defendants XYZ.com, LLC
and Daniel Negari*

## CERTIFICATE OF SERVICE

I certify that on August 28, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Nicholas M. DePalma
Randall K. Miller
Kevin W. Weigand
Taylor S. Chapman
Venable LLP (Vienna)
8010 Towers Crescent Drive
Suite 300
Tysons Corner, VA 22182
nmdepalma@venable.com
rkmiller@venable.com
kwweigand@venable.com
tschapman@venable.com
larhoades@venable.com

/s/ Timothy J. Battle
Timothy J. Battle
VSB# 18538
524 King Street
Alexandria, VA 22320-4593
(703) 836-1216 Tel
(703) 549-3335 Fax
tjbattle@verizon.net
*Counsel for XYZ.com LLC and Daniel Negari*