# EXHIBIT A

UNDER SEAL

VERISIGN, INC. V. XYZ.COM, et al., Case No: 1:14cv01749-CMH-MSN

Filed Under Seal Pursuant to Local Rule 5 and

Paragraph 14 of the Protective Order Entered May 18, 2015 (ECF 57)