**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

|  |  |
|---|---|
| **VERISIGN, INC.,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 1:14-cv-01749-CMH-MSN** |
| **XYZ.COM, LLC** | |
| **-and-** | |
| **DANIEL NEGARI,** | |
| **Defendants.** | |

## PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EXHIBIT LIST

Plaintiff VeriSign, Inc. ("Verisign"), through counsel, and pursuant to the Court's March 30, 2015 Scheduling Order, hereby files its objections to Defendants' list of exhibits.  Verisign reserves the right to assert additional objections to any document, witness, or deposition testimony, or any other evidence that Defendant may seek to present at trial.  Specifically, and without limitation, Verisign reserves its right to object to the relevancy or admissibility of any exhibit at trial should Defendants fail to establish a foundation.  Verisign also reserves the right to object to any evidence it has designated as protected under the Protective Order (ECF 57) as necessary to preserve the document's confidentiality.

### A.     Exhibits expected to be used at trial

| No. | Description | Date | Bates No. | Conf. | Objections |
|---|---|---|---|---|---|
| 1 | Email from Min Leone to Pat Kane, Scott Schnell, et al. attaching Verisign Questions for Naming Business, January | 1/22/15 | VRSN0000005619 | Conf. | Relevance; Foundation; Hearsay |

| No. | Description | Date | Bates No. | Conf. | Objections |
|---|---|---|---|---|---|
| 2 | Verisign Questions for Naming Business, January 16, 2015 | 1/16/15 | VRSN0000005621 | AEO | Relevance; Foundation; Hearsay |
| 3 | Email from Patrick Brenner to Pat Kane, Scott Schnell, et al. attaching Verisign Inc.'s Questions for Naming Business, April 8, 2015 | 4/21/15 | VRSN0000003616 | | Relevance; Foundation; Hearsay |
| 4 | Verisign, Inc. Questions for Naming Business, April 8, 2015 | | VRSN0000003617 | AEO | Relevance; Foundation; Hearsay |
| 5 | Email from Luci Altman to Pat Kane, Scott Schnell, et al. attaching Verisign, Inc. Questions for Naming Business, July 10, 2014 | 7/15/14 | VRSN0000049877 | Conf. | Relevance; Foundation; Hearsay |
| 6 | Verisign, Inc. Questions for Naming Business, July 10, 2014 | 7/10/14 | VRSN0000049879 | AEO | Relevance; Foundation; Hearsay |
| 7 | .com Criticism & Positive Mentions Media Coverage Report March 31, 2014 – April 7, 2014 | 4/7/14 | VRSN0000006352 | AEO | Relevance; Foundation; Hearsay |
| 8 | Email from Kaitlin Holden to Scott Schnell et al. attaching .com Criticism & Positive Mentions Media Coverage Report April 21, 2014 – April 28, 2014 | 4/28/14 | VRSN0000041269 | Conf. | Relevance; Foundation; Hearsay |
| 9 | .com Criticism & Positive Mentions Media Coverage Report April 21, 2014 – April 28, 2014 | 4/28/14 | VRSN0000041270 | AEO | Relevance; Foundation; Hearsay |
| 10 | Email from Kaitlin Holden to Scott Schnell, Pat Kane, et al. attaching .com Criticism & Positive Mentions Media Coverage Report May 27 – June 2, | 6/2/14 | VRSN0000004034 | AEO | Relevance; Foundation; Hearsay |
| 11 | .com Criticism & Positive Mentions Media Coverage Report May 27 – June 2, 2014 | 6/2/14 | VRSN0000004035 | AEO | Relevance; Foundation; Hearsay |

| No. | Description | Date | Bates No. | Conf. | Objections |
|---|---|---|---|---|---|
| 12 | Email from Kaitlin Holden to Scott Schnell, Pat Kane, et al. attaching .com Criticism & Positive Mentions Media Coverage Report June 2 - June | 6/10/14 | VRSN0000003826 | AEO | Relevance; Foundation; Hearsay |
| 13 | .com Criticism & Positive Mentions Media Coverage Report June 2 - June 9, 2014 | 6/9/14 | VRSN0000003827 | AEO | Relevance; Foundation; Hearsay |
| 14 | Email from Kaitlin Holden to Scott Schnell, Pat Kane, et al. attaching .com Criticism & Positive Mentions Media Coverage Report June 9 – June 16, | 6/16/14 | VRSN0000004241 | AEO | Relevance; Foundation; Hearsay |
| 15 | .com Criticism & Positive Mentions Media Coverage Report June 9 – June 16, 2014 | 6/16/14 | VRSN0000004242 | AEO | Relevance; Foundation; Hearsay |
| 16 | Email from Kaitlin Holden to Scott Schnell, Pat Kane, et al. attaching .com Criticism & Positive Mentions Media Coverage Report June 30 – July 7, | 7/7/14 | VRSN0000004340 | Conf. | Relevance; Foundation; Hearsay |
| 17 | .com Criticism & Positive Mentions Media Coverage Report June 30 – July 7, 2014 | 7/7/14 | VRSN0000004341 | AEO | Relevance; Foundation; Hearsay |
| 18 | Email from Kaitlin Holden to Scott Schnell, Pate Kane, et al. attaching .com Criticism & Positive Mentions Media Coverage Report July 7 – 14, | 7/15/14 | VRSN0000004450 | AEO | Relevance; Foundation; Hearsay |
| 19 | .com Criticism & Positive Mentions Media Coverage Report July 7 – 14, 2014 | 7/14/14 | VRSN0000004451 | AEO | Relevance; Foundation; Hearsay |
| 20 | Email from Kaitlin Holden to Scott Schnell, Pate Kane, et al. attaching .com Criticism & Positive Mentions Media Coverage Report August 12 – | 8/21/14 | VRSN0000050570 | AEO | Relevance; Foundation; Hearsay |
| 21 | .com Criticism & Positive Mentions Media Coverage Report August 12 – 21, 2014 | 8/21/14 | VRSN0000050571 | AEO | Relevance; Foundation; Hearsay |

| No. | Description | Date | Bates No. | Conf. | Objections |
|---|---|---|---|---|---|
| 22 | Email from Kaitlin Holden to Scott Schnell, Pat Kane, et al. attaching .com Criticism & Positive Mentions Media Coverage Report August 21 – | 8/26/14 | VRSN0000006274 | Conf. | Relevance; Foundation; Hearsay |
| 23 | .com Criticism & Positive Mentions Media Coverage Report August 21 – 26, 2014 | 8/26/14 | VRSN0000006275 | AEO | Relevance; Foundation; Hearsay |
| 24 | .com Criticism & Positive Mentions Media Coverage Report August 26 – September 2, 2014 | 9/2/14 | VRSN0000006621 | AEO | Relevance; Foundation; Hearsay |
| 25 | Email from Scott Schnell to Min Leone attaching 2015 Marketing Update PowerPoint Presentation by Scott | 3/2/15 | VRSN0000002000 | AEO | Foundation; Hearsay |
| 26 | 2015 Marketing Update PowerPoint Presentation by Scott Schnell | 3/3/15 | VRSN0000002001 | AEO | Foundation; Hearsay |
| 27 | Email from Michael Chase to Scott Schnell regarding call with Andrew Gorrin discussing Network Solutions' promotion with XYZ | 6/5/14 | VRSN0000003009 | AEO | Foundation; Hearsay |
| 28 | Letter from Thomas Indelicarto to Matthew McClure (Web.com) regarding the registration of gtld-servers.xyz | 8/7/14 | VRSN0000003536 | AEO | Foundation; Hearsay |
| 29 | Email from Min Leone to John Ho regarding Q3 2014 Diligence Questionnaire | 12/22/14 | VRSN0000003133 | AEO | Relevance; Foundation; Hearsay |
| 30 | Verisign Questions for Naming Business October 7, 2014 | 10/7/14 | VRSN0000003134 | AEO | Relevance; Foundation; Hearsay |
| 31 | Email from Michelle Romano to Lori Shepherd attaching US Go to Market 2015 PowerPoint Presentation | 12/30/14 | VRSN0000004972 | AEO | Foundation; Hearsay |
| 32 | US Go to Market 2015 PowerPoint Presentation | | VRSN0000004974 | AEO | Foundation; Hearsay |

| No. | Description | Date | Bates No. | Conf. | Objections |
|---|---|---|---|---|---|
| 33 | Email from Min Leone to Scott Schnell attaching Domain Business Update PowerPoint Presentation | 2/2/15 | VRSN0000005829 | Conf. | Relevance; Foundation; Hearsay |
| 34 | Domain Business Update PowerPoint Presentation | February 2015 | VRSN0000005830 | AEO | Relevance; Foundation; Hearsay |
| 35 | Email from Jim Bidzos to Pat Kane and Scott Schnell regarding Web.com and Network Solutions | 6/4/14 | VRSN0000037095 | Conf. | Foundation; Hearsay |
| 36 | Email from Scott Schnell to Jim Bidzos regarding Web.com and Network Solutions | 6/4/14 | VRSN0000037106 | AEO | Foundation; Hearsay |
| 37 | Email from Scott Schnell to Jim Bidzos regarding Web.com and Network Solutions | 6/4/14 | VRSN0000037111 | AEO | Foundation; Hearsay |
| 38 | Email from Scott Schnell to Jim Bidzos attaching Domain Name Marketing & Account Management Update PowerPoint Presentation by Scott Schnell | 2/5/15 | VRSN0000039889 | AEO | Foundation; Hearsay |
| 39 | Domain Name Marketing & Account Management Update PowerPoint Presentation by Scott Schnell | 2/10/15 | VRSN0000039890 | AEO | Foundation; Hearsay |
| 40 | Redline of #InternetOfficial Contest Post Mortem | | VRSN0000060126 | AEO | |
| 41 | Expert Report of Samuel Hewitt | | | AEO | Foundation; Undue prejudice; FRE 702 and 703 |
| 42 | Expert Report of Hal Poret | | | AEO | Foundation; Undue prejudice; FRE 702 and 703 |

| No. | Description | Date | Bates No. | Conf. | Objections |
|-----|-------------|------|-----------|-------|------------|
| 43 | Expert Report of Thies Lindenthal | | | AEO | Foundation; Undue prejudice; FRE 702 and 703 |
| 44 | Expert Report of Jothan Frakes | | | AEO | Foundation; Undue prejudice; FRE 702 and 703 |
| 45 | Spreadsheet of Respondents' Responses to Michael Mazis's Survey Questions | | | | Incomplete document |
| 46 | Google Analytics for webpage /believe/ Jan 1, 2013 – Dec 23, 2014 | | XYZ 00073571 | AEO | Foundation; Hearsay; Authenticity |
| 47 | Google Analytics for webpage /believe/ Jan 1, 2013 – Jun 2, 2015 | | XYZ 00073572 | AEO | Foundation; Hearsay; Authenticity |
| 48 | Google Analytics for webpage /booooooooom/ Jan 1, 2013 – Dec 23, 2014 | | XYZ 00073573 | AEO | Foundation; Hearsay; Authenticity |
| 49 | Google Analytics for webpage /booooooooom/ Jan 1, 2013 – Jun 2, 2015 | | XYZ 00073574 | AEO | Foundation; Hearsay; Authenticity |
| 50 | Google Analytics for webpage /com-net-xyz/ Jan 1, 2013 – Dec 23, 2014 | | XYZ 00073575 | AEO | Foundation; Hearsay; Authenticity |
| 51 | Google Analytics for webpage /com-net-xyz/ Jan 1, 2013 – Jun 2, 2015 | | XYZ 00073576 | AEO | Foundation; Hearsay; Authenticity |

| No. | Description | Date | Bates No. | Conf. | Objections |
|-----|-------------|------|-----------|-------|------------|
| 52 | Google Analytics for webpage /teamwork/ Jan 1, 2013 – Dec 23, 2014 | | XYZ 00073577 | AEO | Foundation; Hearsay; Authenticity |
| 53 | Google Analytics for webpage /teamwork/ Jan 1, 2013 – Jun 2, 2015 | | XYZ 00073578 | AEO | Foundation; Hearsay; Authenticity |
| 54 | Google Analytics for webpage /blog/xyz-the-next-com Jan 1, 2013 – Dec 23, 2014 | | XYZ 00073579 | AEO | Foundation; Hearsay; Authenticity |
| 55 | Google Analytics for webpage /blog/xyz-the-next-com Jan 1, 2013 – Jun 2, 2015 | | XYZ 00073580 | AEO | Foundation; Hearsay; Authenticity |
| 56 | Google Analytics for webpage /registrars Jan 1, 2013 – Dec 23, 2014 | | | AEO | Foundation; Hearsay; Authenticity |
| 57 | Google Analytics for webpage /registrars Jan 1, 2013 – Jun 2, 2015 | | | AEO | Foundation; Hearsay; Authenticity |
| 58 | Email from David Kestenbaum to hello@xyz.com regarding National Public Radio request | 3/27/14 | XYZ 00073581 | Conf. | Lack of Foundation; Hearsay; Authenticity |
| 59 | Email from David Kestenbaum to hello@xyz.com regarding National Public Radio Interview | 3/27/14 | XYZ 00073582 | Conf. | Foundation; Hearsay; Authenticity |
| 60 | Email from Daniel Negari to David Kestenbaum regarding National Public Radio Interview | 3/28/14 | XYZ 00073583 | Conf. | Foundation; Hearsay; Authenticity |

| No. | Description | Date | Bates No. | Conf. | Objections |
|---|---|---|---|---|---|
| 61 | CentralNic gTLD Services Agreement Amendment No. 4 Signed by Ben Crawford | | XYZ 00221903 | AEO | |
| 62 | CentralNic gTLD Services Agreement Amendment No. 4 Signed by Daniel Negari | | XYZ 00221906 | AEO | |
| 63 | CentralNic Invoice for August 2014 | 8/31/14 | XYZ 00221857 | AEO | |
| 64 | CentralNic Invoice for September 2014 | 9/30/14 | XYZ 00221880 | AEO | |
| 65 | CentralNic Invoice for October 2014 | 10/31/14 | XYZ 00221879 | AEO | |
| 66 | CentralNic Invoice for November 2014 | 11/30/14 | XYZ 00221878 | AEO | |
| 67 | CentralNic Invoice for December 2014 | 12/31/14 | XYZ 00221875 | AEO | |
| 68 | CentralNic Invoice for January 2015 | 1/31/15 | XYZ 00222181 | AEO | |
| 69 | CentralNic Invoice for February 2015 | 2/28/15 | XYZ 00222102 | AEO | |

| No. | Description | Date | Bates No. | Conf. | Objections |
|-----|-------------|------|-----------|-------|------------|
| 70 | CentralNic Invoice for March 2015 | 3/31/15 | XYZ 00222103 | AEO | |
| 71 | CentralNic Invoice for April 2015 | 4/30/15 | XYZ 00222104 | AEO | |
| 72 | CentralNic Invoice for May 2015 | 5/31/15 | XYZ 00222105 | AEO | |
| 73 | CentralNic Invoice for June 2014 | 6/30/14 | XYZ 00221877 | AEO | |
| 74 | CentralNic Invoice for July 2014 | 7/31/14 | XYZ 00221876 | AEO | |
| 75 | Network Solutions Invoice 7/1/14 | | XYZ00140312 | AEO | |
| 76 | Network Solutions Invoice 7/1/14 Paid | 7/1/14 | XYZ00187977 | AEO | |
| 77 | Network Solutions Invoice 8/5/14 | 8/5/14 | XYZ 00155397 | AEO | |
| 78 | Network Solutions Invoice 8/5/14 Paid | 8/5/14 | XYZ00155083 | AEO | |

| No. | Description | Date | Bates No. | Conf. | Objections |
|---|---|---|---|---|---|
| 79 | Network Solutions Invoice 9/18/14 | 9/18/14 | XYZ 00172649 | AEO | |
| 80 | Network Solutions Invoice 9/18/14 Paid | 9/18/14 | XYZ00172680 | AEO | |
| 81 | ICANN Invoices for 2014 and 2015 | | XYZ 00221881 | AEO | |
| 82 | XYZ.COM LLC Balance Sheet as of December 31, 2012 | 12/31/12 | XYZ 00222804 | AEO | |
| 83 | XYZ.COM LLC Statement of Cash Flows January through December 2012 | | XYZ 00222092 | AEO | |
| 84 | XYZ.COM LLC Profit & Loss January through December 2012 | | XYZ 00222093 | AEO | |
| 85 | XYZ.COM LLC Balance Sheet as of December 31, 2013 | | XYZ 00222094 | AEO | |

| No. | Description | Date | Bates No. | Conf. | Objections |
|---|---|---|---|---|---|
| 86 | XYZ.COM LLC Statement of Cash Flows January through December 2013 | | XYZ 00222095 | AEO | |
| 87 | XYZ. COM LLC Profit & Loss January through December 2013 | | XYZ 00222096 | AEO | |
| 88 | XYZ.COM LLC Balance Sheet as of December 31, 2014 | | XYZ 00222099 | AEO | |
| 89 | XYZ.COM LLC Statement of Cash Flows January through December 2014 | | XYZ 00222100 | AEO | |
| 90 | XYZ.COM LLC Profit & Loss January through December 2014 | | XYZ 00222101 | AEO | |
| 91 | XYZ.COM LLC Balance Sheet as of June 30, 2015 | | XYZ 00222106 | AEO | |
| 92 | XYZ.COM LLC Statement of Cash Flows January through June 2015 | | XYZ 00222107 | AEO | |

| No. | Description | Date | Bates No. | Conf. | Objections |
|---|---|---|---|---|---|
| 93 | XYZ.COM LLC Profit & Loss January through June 2015 | | XYZ 00222108 | AEO | |
| 94 | XYZ.COM LLC 2012 Federal Tax Return | | XYZ 00223141 | AEO | |
| 95 | XYZ.COM LLC 2013 Federal Tax Return | | XYZ 00223158 | AEO | |
| 96 | XYZ.COM LLC 2014 Federal Tax Return | | XYZ 00223119 | AEO | |
| 97 | XYZ Rebate Tracker for 2014 and 2015 | | XYZ 00222130 | AEO | |
| 98 | XYZ.COM LLC Transaction Detail for Network Solutions January through December 2014 | | XYZ 00222097 | AEO | |
| 99 | GoDaddy Launch Plans & Proposal for .XYZ PowerPoint Presentation | | XYZ 00222110 | AEO | Foundation; Hearsay; Authenticity |
| 100 | Web.com Advertising Insertion Order | 5/20/14 | WEB000017 | Conf. | |

| No. | Description | Date | Bates No. | Conf. | Objections |
|-----|-------------|------|-----------|-------|------------|
| 101 | Web.com Marketing Agreement | 5/20/14 | WEB000027 | AEO | |
| 102 | Web.com Advertising Revenue | 12/31/14 | EY-000544 | | Foundation; Hearsay; Authenticity; Incomplete Document |
| 103 | Email promoting .xyz domain names sent from Network Solutions | 6/28/14 | XYZ 00222125 | | Foundation; Hearsay; Authenticity; Relevance |
| 104 | XYZ placement on the Web.com's Account Manager webpage | 2/9/15 | XYZ 00222119 | | Foundation; Authenticity; Relevance |
| 105 | XYZ placement on the Network Solutions' domain name registration webpage | 6/27/14 | XYZ 00222120 | | Foundation; Authenticity; Relevance |
| 106 | XYZ placement on the Network Solutions' Index webpage | 6/27/14 | XYZ 00222121 | | Foundation; Authenticity; Relevance |
| 107 | XYZ placement on Network Solutions' domain name search results webpage | 9/5/14 | XYZ 00222122 | | Foundation; Authenticity; Relevance |
| 108 | XYZ placement on Network Solutions' domain name search results tld webpage | 6/27/14 | XYZ 00222123 | | Foundation; Authenticity; Relevance |
| 109 | XYZ placement on Network Solutions' domain name search results tld webpage | 6/27/14 | XYZ 00222124 | | Foundation; Authenticity; Relevance |

| No. | Description | Date | Bates No. | Conf. | Objections |
|---|---|---|---|---|---|
| 110 | XYZ placement on Networks Solutions' webpage | 6/27/14 | XYZ 00222127 | | Foundation; Authenticity; Relevance |
| 111 | XYZ placement on Network Solutions' domain name registration webpage | 6/27/14 | XYZ 00222128 | | Foundation; Authenticity; Relevance |
| 112 | XYZ placement on Network Solutions' domain name search results webpage | 6/27/14 | XYZ 00222129 | | Foundation; Authenticity; Relevance |
| 113 | Verisign's CEO Jim Bidzos on Q3 2014 Results – Earnings Call Transcript | 10/23/14 | XYZ 00222711 | | Relevance; Foundation; Authenticity; Hearsay; |
| 114 | XYZ's analysis table of .com availability | | XYZ 00222091 | | Foundation; Authenticity; Incomplete Document |
| 115 | Chart Showing Domain Volume and Timeline per Top Level Domain | | XYZ 00222795 | | Foundation; Hearsay; Authenticity; Prejudice; Failure to timely produce |
| 116 | Chart Showing Domain Volume and Timeline per Top Level Domain | | XYZ 00222796 | | Foundation; Hearsay; Authenticity; Prejudice; Failure to timely produce |

| No. | Description | Date | Bates No. | Conf. | Objections |
|---|---|---|---|---|---|
| 117 | Chart Showing Domain Volume and Timeline per Top Level Domain (TLD) | | XYZ 00222797 | | Foundation; Hearsay; Authenticity; Prejudice; Failure to timely produce |
| 118 | Domain Names per TLD, By Date for .net (January 2014 – June 2015) | | XYZ 00222798 | | Foundation; Hearsay; Authenticity; Prejudice; Failure to timely produce |
| 119 | Domain Names per TLD, By Date for .net, .xyz, and .org (January 2014 – June 2015) | | XYZ 00222799 | | Foundation; Hearsay; Authenticity; Prejudice; Failure to timely produce |
| 120 | Domain Names per TLD, By Date for .net and .xyz (January 2014 – June 2015) | | XYZ 00222800 | | Foundation; Hearsay; Authenticity; Prejudice; Failure to timely produce |
| 121 | Domain Names per TLD, By Date for .org (January 2014 – June 2015) | | XYZ 00222801 | | Foundation; Hearsay; Authenticity; Prejudice; Failure to timely produce |
| 122 | Domain Names per TLD, by Date for .xyz (January 2014 – June 2015) | | XYZ 00222803 | | Foundation; Hearsay; Authenticity; Prejudice; Failure to timely produce |

| No. | Description | Date | Bates No. | Conf. | Objections |
|---|---|---|---|---|---|
| 123 | Legend & Footnotes for Document Graph of TLDs | | XYZ 00222802 | | Lack of Foundation; Hearsay; Authenticity; Failure to produce timely |
| 124 | Video statistics for YouTube "Move over .com - .xyz is for the next generation of the internet" | 4/2/15 | XYZ 00223237 | | Foundation; Hearsay; Authenticity; Prejudice; Failure to timely produce |
| 125 | Video statistics for YouTube "Move over .com - .xyz is for the next generation of the internet" | 8/12/15 | XYZ 00223223 | | Foundation; Hearsay; Authenticity; Prejudice; Failure to timely produce |
| 126 | "Move over .com - .xyz is for the next generation of the internet" video as referenced in the Complaint ¶¶ 17–23 and located at https://www.youtube.com/watch?v=uh_i13jluqs | 6/16/14 | | | |
| 127 | ".xyz is officially the #1 new domain extension" video as referenced in the Complaint ¶ 53(a) and located at https://www.youtube.com/watch?t=12&v=c4L8iFVKyww | 6/6/14 | | | |
| 128 | Excerpts from the transcript and videotaped deposition of Web.com Group, Inc.'s 30(b)(6) deposition taken on August 4, 2015 in Jacksonville, Florida. | | | | Deposition transcript is an improper exhibit; Foundation; Hearsay |

**B.** **Exhibits Which May Be Used at Trial**

| No. | Description | Date | Bates No. | Conf. | Objections |
|-----|-------------|------|-----------|-------|-----------|
| 129 | ASC 605 Revenue Recognition | | | | Foundation; Incomplete document; Failure to timely produce; prejudice |
| 130 | ASC 845 Nonmonetary Transactions | | | | Foundation; Incomplete document; Failure to timely produce; prejudice |
| 131 | ASC 820 Fair Value Measurement | | | | Foundation; Incomplete document; Failure to timely produce; prejudice |
| 132 | Verisign Inc.'s Form 10-K for the Period Ending 12/31/14 | 02/13/15 | VRSN0000000572 | | |
| 133 | Verisign 2014 Cooperative Marketing Fund Program Addendum | | VRSN0000001746 | AEO | Incomplete Document |

| No. | Description | Date | Bates No. | Conf. | Objections |
|---|---|---|---|---|---|
| 134 | Email from Afshaan Abdul to Michael Reed regarding Registrar Analysis ii PowerPoint Presentation | 4/30/15 | VRSN00000038 84 | Conf. | Relevance; Foundation; Hearsay |
| 135 | Registrar Analysis ii PowerPoint Presentation by Afshaan Abdul | March 2015 | VRSN00000038 85 | AEO | Relevance; Foundation; Hearsay |
| 136 | Email from Scott Schnell to George E Kilguss regarding meetings with Web.com and GoDaddy | 7/12/14 | VRSN00000044 38 | AEO | Relevance; Foundation; Hearsay |
| 137 | Email from David Kestenbaum to hello@xyz.com regarding National Public Radio Interview | 4/17/14 | XYZ 00073584 | Conf. | Foundation; Hearsay |
| 138 | Email from Suzanne L. Chapman to Michael Reed et al. regarding Co-Op Proposal with GoDaddy | 1/27/15 | VRSN00000461 60 | AEO | Relevance; Foundation; Hearsay |
| 139 | Letter from Zedford D. Dancey to Maguy Serad (ICANN) regarding Network Solutions' XYZ Promotion | 7/11/14 | VRSN00000604 58 | AEO | |

| No. | Description | Date | Bates No. | Conf. | Objections |
|---|---|---|---|---|---|
| 140 | Letter from Matt McClure (Web.com) to Thomas C. Indelicarto regarding Network Solutions' opt-out notifications | 8/13/14 | VRSN0000060461 | Conf. | Foundation; Hearsay |
| 141 | Email from Maguy Serad (ICANN) to Zedford Dancey regarding Network Solutions' XYZ promotion | 7/17/14 | VRSN0000060463 | AEO | Foundation; Hearsay |
| 142 | Email from Dan Gregson (Web.com) to Zachary Salata regarding Web.com's advertising agreement with XYZ | 7/24/14 | EY-000042 | Conf. | Foundation; Hearsay; Authenticity |
| 143 | New gTLDs: Competitive Tactics, Verisign Marketing Strategy and Plan PowerPoint Presentation | 7/22/14 | VRSN0000038789 | AEO | Foundation; Relevance; Hearsay; Incomplete Document; |
| 144 | Letter from Brian Winterfeldt to Maguy Serad (ICANN) regarding ICANN compliance relating to Web.com's promotion of XYZ | 8/6/14 | WEB003096 | AEO | Foundation; Hearsay; Authenticity |

| No. | Description | Date | Bates No. | Conf. | Objections |
|---|---|---|---|---|---|
| 145 | Email from Joy Morel to Michael Reed attaching The Americas & Australia GTM Plan Q1 2015 PowerPoint Presentation | 3/23/15 | VRSN0000002177 | AEO | Foundation; Relevance; Hearsay; |
| 146 | The Americas & Australia GTM Plan Q1 2015 PowerPoint Presentation | | VRSN0000002178 | AEO | Foundation; Relevance; Hearsay; |
| 147 | Email from Scott Schnell to George Kilguss attaching Q2 Market Intel – North America | 7/16/14 | VRSN0000004531 | AEO | Foundation; Relevance; Hearsay; |
| 148 | Q2 Market Intel – North America | | VRSN0000004533 | AEO | Foundation; Relevance; Hearsay; |
| 149 | Verisign Honors the ".com 25" and Unveils Internet Infrastructure Grants Webpage | 5/26/10 | | | Foundation; Relevance |

| No. | Description | Date | Bates No. | Conf. | Objections |
|-----|-------------|------|-----------|-------|------------|
| 150 | Hover Article: Top 20 gTLDs - August 18 – 24, 2014 | 8/25/14 | XYZ 00073587 | | Foundation; Relevance; Hearsay; Authenticity |
| 151 | Forbes Article: Domain Already Taken? Do What Google Did And Try A Not-Com Name | 8/11/15 | | | Foundation; Relevance; Hearsay; Authenticity |
| 152 | Email from Sterling P Auty (J.P. Morgan) to David Atchley attaching Domain Name Industry Takeaways from ICANN Conference Call on gTLDs | 1/9/14 | JPMC 00000001 | Conf. | Foundation; Relevance; Hearsay; Authenticity |
| 153 | J.P. Morgan Domain Name Industry Takeaways from ICANN Conference Call on gTLDs | 1/9/14 | JPMC00000006 | Conf. | Foundation; Relevance; Hearsay; Authenticity |
| 154 | J.P. Morgan Verisign Equity Research | 1/22/15 | JPMC 00000575 | Conf. | Foundation; Relevance; Hearsay; Authenticity |
| 155 | "Alphabet Frenzy: .Xyz Registrations Rise in Google's Wake" video located at http://www.bloomberg.com/news/videos/2015-08-12/alphabet-frenzy-xyz-registrations-rise-in-google-s-wake | 8/12/15 | | | Foundation; Relevance; Hearsay; Authenticity |

| No. | Description | Date | Bates No. | Conf. | Objections |
|---|---|---|---|---|---|
| 156 | .com January 2014 Activity Report | January 2014 | XYZ 00222375 | | Foundation; Relevance; Hearsay; Authenticity |
| 157 | .com January 2014 Operator Report | January 2014 | XYZ 00222463 | | Foundation; Relevance; Hearsay; Authenticity |
| 158 | .com January 2014 Transactions Report | January 2014 | XYZ 00222386 | | Foundation; Relevance; Hearsay; Authenticity |
| 159 | .com February 2014 Activity Report | February 2014 | XYZ 00222376 | | Foundation; Relevance; Hearsay; Authenticity |
| 160 | .com February 2014 Operator Report | February 2014 | XYZ 00222473 | | Foundation; Relevance; Hearsay; Authenticity |
| 161 | .com February 2014 Transactions Report | February 2014 | XYZ 00222387 | | Foundation; Relevance; Hearsay; Authenticity |
| 162 | .com March 2014 Activity Report | March 2014 | XYZ 00222377 | | Foundation; Relevance; Hearsay; Authenticity |
| 163 | .com March 2014 Operator Report | March 2014 | XYZ 00222483 | | Foundation; Relevance; Hearsay; Authenticity |

| No. | Description | Date | Bates No. | Conf. | Objections |
|---|---|---|---|---|---|
| 164 | .com March 2014 Transactions Report | March 2014 | XYZ 00222388 | | Foundation; Relevance; Hearsay; Authenticity |
| 165 | .com April 2014 Activity Report | April 2014 | XYZ 00222378 | | Foundation; Relevance; Hearsay; Authenticity |
| 166 | .com April 2014 Operator Report | April 2014 | XYZ 00222493 | | Foundation; Relevance; Hearsay; Authenticity |
| 167 | .com April 2014 Transactions Report | April 2014 | XYZ 00222389 | | Foundation; Relevance; Hearsay; Authenticity |
| 168 | .com May 2014 Activity Report | May 2014 | XYZ 00222379 | | Foundation; Relevance; Hearsay; Authenticity |
| 169 | .com May 2014 Operator Report | May 2014 | XYZ 00222503 | | Foundation; Relevance; Hearsay; Authenticity |
| 170 | .com May 2014 Transactions Report | May 2014 | XYZ 00222390 | | Foundation; Relevance; Hearsay; Authenticity |
| 171 | .com June 2014 Activity Report | June 2014 | XYZ 00223207 | | Foundation; Relevance; Hearsay; Authenticity |

| No. | Description | Date | Bates No. | Conf. | Objections |
|---|---|---|---|---|---|
| 172 | .com June 2014 Operator Report | June 2014 | XYZ 00222513 | | Foundation; Relevance; Hearsay; Authenticity |
| 173 | .com June 2014 Transactions Report | June 2014 | XYZ 00222391 | | Foundation; Relevance; Hearsay; Authenticity |
| 174 | .com July 2014 Activity Report | July 2014 | XYZ 00223208 | | Foundation; Relevance; Hearsay; Authenticity |
| 175 | .com July 2014 Operator Report | July 2014 | XYZ 00222523 | | Foundation; Relevance; Hearsay; Authenticity |
| 176 | .com July 2014 Transactions Report | July 2014 | XYZ 00222392 | | Foundation; Relevance; Hearsay; Authenticity |
| 177 | .com August 2014 Activity Report | August 2014 | XYZ 00223209 | | Foundation; Relevance; Hearsay; Authenticity |
| 178 | .com August 2014 Operator Report | August 2014 | XYZ 00222533 | | Foundation; Relevance; Hearsay; Authenticity |
| 179 | .com August 2014 Transactions Report | August 2014 | XYZ 00222393 | | Foundation; Relevance; Hearsay; Authenticity |

| No. | Description | Date | Bates No. | Conf. | Objections |
|---|---|---|---|---|---|
| 180 | .com September 2014 Activity Report | September 2014 | XYZ 00223210 | | Foundation; Relevance; Hearsay; Authenticity |
| 181 | .com September 2014 Operator Report | September 2014 | XYZ 00222543 | | Foundation; Relevance; Hearsay; Authenticity |
| 182 | .com September 2014 Transactions Report | September 2014 | XYZ 00222394 | | Foundation; Relevance; Hearsay; Authenticity |
| 183 | .com October 2014 Activity Report | October 2014 | XYZ 00222380 | | Foundation; Relevance; Hearsay; Authenticity |
| 184 | .com October 2014 Operator Report | October 2014 | XYZ 00222553 | | Foundation; Relevance; Hearsay; Authenticity |
| 185 | .com October 2014 Transactions Report | October 2014 | XYZ 00222395 | | Foundation; Relevance; Hearsay; Authenticity |
| 186 | .com November 2014 Activity Report | November 2014 | XYZ 00222381 | | Foundation; Relevance; Hearsay; Authenticity |
| 187 | .com November 2014 Operator Report | November 2014 | XYZ 00222563 | | Foundation; Relevance; Hearsay; Authenticity |

| No. | Description | Date | Bates No. | Conf. | Objections |
|---|---|---|---|---|---|
| 188 | .com November 2014 Transactions Report | November 2014 | XYZ 00222396 | | Foundation; Relevance; Hearsay; Authenticity |
| 189 | .com December 2014 Activity Report | December 2014 | XYZ 00222382 | | Foundation; Relevance; Hearsay; Authenticity |
| 190 | .com December 2014 Operator Report | December 2014 | XYZ 00222573 | | Foundation; Relevance; Hearsay; Authenticity |
| 191 | .com December 2014 Transactions Report | December 2014 | XYZ 00222397 | | Foundation; Relevance; Hearsay; Authenticity |
| 192 | .com January 2015 Activity Report | January 2015 | XYZ 00222383 | | Foundation; Relevance; Hearsay; Authenticity |
| 193 | .com January 2015 Operator Report | January 2015 | XYZ 00222583 | | Foundation; Relevance; Hearsay; Authenticity |
| 194 | .com January 2015 Transactions Report | January 2015 | XYZ 00222398 | | Foundation; Relevance; Hearsay; Authenticity |
| 195 | .com February 2015 Activity Report | February 2015 | XYZ 00222384 | | Foundation; Relevance; Hearsay; Authenticity |

| No. | Description | Date | Bates No. | Conf. | Objections |
|---|---|---|---|---|---|
| 196 | .com February 2015 Operator Report | February 2015 | XYZ 00222593 | | Foundation; Relevance; Hearsay; Authenticity |
| 197 | .com February 2015 Transactions Report | February 2015 | XYZ 00222399 | | Foundation; Relevance; Hearsay; Authenticity |
| 198 | .com March 2015 Activity Report | March 2015 | XYZ 00222385 | | Foundation; Relevance; Hearsay; Authenticity |
| 199 | .com March 2015 Operator Report | March 2015 | XYZ 00222603 | | Foundation; Relevance; Hearsay; Authenticity |
| 200 | .com March 2015 Transactions Report | March 2015 | XYZ 00222400 | | Foundation; Relevance; Hearsay; Authenticity |
| 201 | .com April 2015 Activity Report | April 2015 | XYZ 00223211 | | Foundation; Relevance; Hearsay; Authenticity |
| 202 | .com April 2015 Transactions Report | April 2015 | XYZ 00223212 | | Foundation; Relevance; Hearsay; Authenticity |
| 203 | .net January 2014 Transactions Report | January 2014 | XYZ 00222401 | | Foundation; Relevance; Hearsay; Authenticity |

| No. | Description | Date | Bates No. | Conf. | Objections |
|---|---|---|---|---|---|
| 204 | .net February 2014 Transactions Report | February 2014 | XYZ 00222402 | | Foundation; Relevance; Hearsay; Authenticity |
| 205 | .net March 2014 Transactions Report | March 2014 | XYZ 00222403 | | Foundation; Relevance; Hearsay; Authenticity |
| 206 | .net April 2014 Transactions Report | April 2014 | XYZ 00222404 | | Foundation; Relevance; Hearsay; Authenticity |
| 207 | .net May 2014 Transactions Report | May 2014 | XYZ 00222405 | | Foundation; Relevance; Hearsay; Authenticity |
| 208 | .net June 2014 Transactions Report | June 2014 | XYZ 00222406 | | Foundation; Relevance; Hearsay; Authenticity |
| 209 | .net July 2014 Transactions Report | July 2014 | XYZ 00222407 | | Foundation; Relevance; Hearsay; Authenticity |
| 210 | .net August 2014 Transactions Report | August 2014 | XYZ 00222408 | | Foundation; Relevance; Hearsay; Authenticity |

| No. | Description | Date | Bates No. | Conf. | Objections |
|---|---|---|---|---|---|
| 211 | .net September 2014 Transactions Report | September 2014 | XYZ 00222409 | | Foundation; Relevance; Hearsay; Authenticity |
| 212 | .net October 2014 Transactions Report | October 2014 | XYZ 00222410 | | Foundation; Relevance; Hearsay; Authenticity |
| 213 | .net November 2014 Transactions Report | November 2014 | XYZ 00222411 | | Foundation; Relevance; Hearsay; Authenticity |
| 214 | .net December 2014 Transactions Report | December 2014 | XYZ 00222412 | | Foundation; Relevance; Hearsay; Authenticity |
| 215 | .net January 2015 Transactions Report | January 2015 | XYZ 00222413 | | Foundation; Relevance; Hearsay; Authenticity |
| 216 | .net February 2015 Transactions Report | February 2015 | XYZ 00222414 | | Foundation; Relevance; Hearsay; Authenticity |
| 217 | .net March 2015 Transactions Report | March 2015 | XYZ 00222415 | | Foundation; Relevance; Hearsay; Authenticity |
| 218 | .net April 2015 Transactions Report | April 2015 | XYZ 00222416 | | Foundation; Relevance; Hearsay; Authenticity |
| 219 | .xyz February 2014 Activity Report | February 2014 | XYZ 00222435 | | Foundation; Relevance; Hearsay; Authenticity |

| No. | Description | Date | Bates No. | Conf. | Objections |
|-----|-------------|------|-----------|-------|------------|
| 220 | .xyz February 2014 Transactions Report | February 2014 | XYZ 00222449 | | Foundation; Relevance; Hearsay; Authenticity |
| 221 | .xyz March 2014 Activity Report | March 2014 | XYZ 00222436 | | Foundation; Relevance; Hearsay; Authenticity |
| 222 | .xyz March 2014 Transactions Report | March 2014 | XYZ 00222450 | | Foundation; Relevance; Hearsay; Authenticity |
| 223 | .xyz April 2014 Activity Report | April 2014 | XYZ 00222437 | | Foundation; Relevance; Hearsay; Authenticity |
| 224 | .xyz April 2014 Transactions Report | April 2014 | XYZ 00222451 | | Foundation; Relevance; Hearsay; Authenticity |
| 225 | .xyz May 2014 Activity Report | May 2014 | XYZ 00222438 | | Lack of Foundation; Authenticity |
| 226 | .xyz May 2014 Transactions Report | May 2014 | XYZ 00222452 | | Foundation; Relevance; Hearsay; Authenticity |
| 227 | .xyz June 2014 Activity Report | June 2014 | XYZ 00222439 | | Foundation; Relevance; Hearsay; Authenticity |
| 228 | .xyz June 2014 Transactions Report | June 2014 | XYZ 00222453 | | Foundation; Relevance; Hearsay; Authenticity |
| 229 | .xyz July 2014 Activity Report | July 2014 | XYZ 00222440 | | Foundation; Relevance; Hearsay; Authenticity |

| No. | Description | Date | Bates No. | Conf. | Objections |
|-----|-------------|------|-----------|-------|------------|
| 230 | .xyz July 2014 Transactions Report | July 2014 | XYZ 00222454 | | Foundation; Relevance; Hearsay; Authenticity |
| 231 | .xyz August 2014 Activity Report | August 2014 | XYZ 00222441 | | Foundation; Relevance; Hearsay; Authenticity |
| 232 | .xyz August 2014 Transactions Report | August 2014 | XYZ 00222455 | | Foundation; Relevance; Hearsay; Authenticity |
| 233 | .xyz September 2014 Activity Report | September 2014 | XYZ 00222442 | | Foundation; Relevance; Hearsay; Authenticity |
| 234 | .xyz September 2014 Transactions Report | September 2014 | XYZ 00222456 | | Foundation; Relevance; Hearsay; Authenticity |
| 235 | .xyz October 2014 Activity Report | October 2014 | XYZ 00222443 | | Foundation; Relevance; Hearsay; Authenticity |
| 236 | .xyz October 2014 Transactions Report | October 2014 | XYZ 00222457 | | Foundation; Relevance; Hearsay; Authenticity |
| 237 | .xyz November 2014 Activity Report | November 2014 | XYZ 00222444 | | Foundation; Relevance; Hearsay; Authenticity |

| No. | Description | Date | Bates No. | Conf. | Objections |
|---|---|---|---|---|---|
| 238 | .xyz November 2014 Transactions Report | November 2014 | XYZ 00222458 | | Foundation; Relevance; Hearsay; Authenticity |
| 239 | .xyz December 2014 Activity Report | December 2014 | XYZ 00222445 | | Foundation; Relevance; Hearsay; Authenticity |
| 240 | .xyz December 2014 Transactions Report | December 2014 | XYZ 00222459 | | Foundation; Relevance; Hearsay; Authenticity |
| 241 | .xyz January 2015 Activity Report | January 2015 | XYZ 00222446 | | Foundation; Relevance; Hearsay; Authenticity |
| 242 | .xyz January 2015 Transactions Report | January 2015 | XYZ 00222460 | | Foundation; Relevance; Hearsay; Authenticity |
| 243 | .xyz February 2015 Activity Report | February 2015 | XYZ 00222447 | | Foundation; Relevance; Hearsay; Authenticity |
| 244 | .xyz February 2015 Transactions Report | February 2015 | XYZ 00222461 | | Foundation; Relevance; Hearsay; Authenticity |
| 245 | .xyz March 2015 Activity Report | March 2015 | XYZ 00222448 | | Foundation; Relevance; Hearsay; Authenticity |

| No. | Description | Date | Bates No. | Conf. | Objections |
|---|---|---|---|---|---|
| 246 | .xyz March 2015 Transactions Report | March 2015 | XYZ 00222462 | | Foundation; Relevance; Hearsay; Authenticity |
| 247 | .xyz April 2015 Activity Report | April 2015 | XYZ 00223275 | | Foundation; Relevance; Hearsay; Authenticity |
| 248 | .xyz April 2015 Transactions Report | April 2015 | XYZ 00223276 | | Foundation; Relevance; Hearsay; Authenticity |
| 249 | Registrations of .COM domains from January 2002 – March 2015. (FRE 1006 summary of voluminous records: Verisign's .COM monthly registry reports from January 2002 – March 2015, copies of which will be provided at the agreed time for exchange of exhibits.) | | | | Foundation; Authenticity; Incomplete; Document; Hearsay |
| 250 | Registrations of .COM domains, January 2013 – March 2015. (FRE 1006 summary of voluminous records: Verisign's .COM monthly registry reports from January 2013 – March 2015, copies of which will be provided at the agreed time for exchange of | | | | Foundation; Authenticity; Incomplete; Document; Hearsay |
| 251 | Registrations of .NET domains, January 2002 – March 2015. (FRE 1006 summary of voluminous records: Verisign's .NET monthly registry reports from January 2002 – March 2015, copies of which will be provided at the agreed time for exchange of | | | | Foundation; Authenticity; Incomplete; Document; Hearsay |

| No. | Description | Date | Bates No. | Conf. | Objections |
|---|---|---|---|---|---|
| 252 | New registrations of .NET domains, January 2010 − May 2015. (FRE 1006 summary of voluminous records: Verisign's .NET monthly registry reports from January 2010 – March 2015, copies of which will be provided at the agreed time for exchange of exhibits.) | | | | Foundation; Authenticity; Incomplete; Document; Hearsay |
| 253 | New registrations of .NET domains, January 2010 − May 2015. (FRE 1006 summary of voluminous records: Verisign's .NET monthly registry reports from January 2010 – March 2015, copies of which will be provided at the agreed time for exchange of exhibits.) | | | | Foundation; Authenticity; Incomplete; Document; Hearsay |
| 254 | Verisign .COM domains in zone file, by day, January 2014–March 2015. (FRE 1006 summary of voluminous records: Verisign's daily zone file counts which have already been produced and will be provided again at the agreed time for exchange of | | | | Foundation; Authenticity; Incomplete; Document; Hearsay |
| 255 | .COM domains under management, by month, January 2010 - March 2015. (FRE 1006 summary of voluminous records: Verisign's .COM monthly registry reports from January 2010 – March 2015, copies of which will be provided at the agreed time for exchange of exhibits.) | | | | Foundation; Authenticity; Incomplete; Document; Hearsay |
| 256 | .COM domains under management, by month, January 2014 - March 2015. (FRE 1006 summary of voluminous records: Verisign's .NET monthly registry reports from January 2014 – March 2015, copies of which will be provided at the agreed time for exchange of exhibits.) | | | | Foundation; Authenticity; Incomplete; Document; Hearsay |

| No. | Description | Date | Bates No. | Conf. | Objections |
|-----|-------------|------|-----------|-------|------------|
| 257 | Verisign .NET domains in zone file, by day, January 2014–March 2015. (FRE 1006 summary of voluminous records: Verisign's daily zone file counts which have already been produced and will be provided again at the agreed time for exchange of | | | | Foundation; Authenticity; Incomplete; Document; Hearsay |
| 258 | .NET new registrations, by month, January 2010–May 2015. (FRE 1006 summary of voluminous records: Verisign's .NET monthly registry reports from January 2010 – March 2015, copies of which will be provided at the agreed time for exchange of | | | | Foundation; Authenticity; Incomplete; Document; Hearsay |
| 259 | .XYZ domains under management, by month, June 2014–March 2015. (FRE 1006 summary of voluminous records: .XYZ monthly registry reports from June 2014 – March 2015, which have already been produced and will be provided again at the agreed time for exchange of exhibits.) | | | | Foundation; Authenticity; Incomplete; Document; Hearsay |

Dated: August 31, 2015

Respectfully submitted,

_____/s/_____
Randall K. Miller (VSB No. 70672)
Nicholas M. DePalma (VSB No. 72886)
Kevin W. Weigand (VSB No. 81073)
Taylor S. Chapman (VSB No. 81968)
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Tysons Corner, VA 22182
Phone: (703) 905-1404
Facsimile: (703) 821-8949
rkmiller@venable.com
nmdepalma@venable.com
kwweigand@venable.com
tschapman@venable.com

*Counsel to Plaintiff VeriSign, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Timothy J. Battle
524 King Street
Alexandria, VA 22320-4593
(703) 836-1216 Tel
(703) 549-3335 Fax
Email: tjbattle@verizon.net

Derek A. Newman
Newman Du Wors, LLP
100 Wilshire Boulevard
Suite 940
Santa Monica, CA 90401
310.359.8188 Tel
310.359.8190 Fax
Email: dn@newmanlaw.com

*Counsel to Defendants XYZ.COM, LLC and Daniel Negari*

_____
/s/
Randall K. Miller (VSB No. 70672)
Nicholas M. DePalma (VSB No. 72886)
Kevin W. Weigand (VSB No. 81073)
Taylor S. Chapman (VSB No. 81968)
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Tysons Corner, VA 22182
Phone: (703) 905-1404
Facsimile: (703) 821-8949
rkmiller@venable.com
nmdepalma@venable.com
kwweigand@venable.com
tschapman@venable.com

*Counsel to Plaintiff VeriSign, Inc.*