IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Verisign, Inc., <br><br>             Plaintiff, <br><br> v. <br><br> XYZ.com, LLC et al, <br><br>             Defendants. | Civil Action No. 1:14-cv-01749 CMH-MSN |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendants XYZ.com, LLC and Daniel Negari ("Defendants"), by counsel, and in accordance with the Local Rules of this Court, request a prompt determination of this consent motion to seal Rule 26(a)(3) Pretrial Disclosures by Defendants XYZ.com LLC and Daniel Negari. (Dkt. 217.). If the Court has not ruled before then, XYZ will bring its Consent Motion to Seal Dkt. No 217 and Incorporated Memorandum in Support before the Honorable Michael S. Nachmanoff on Friday, September 11, 2015 at 10:00 a.m., or as soon thereafter as counsel may be heard.

Dated September 8, 2015.

/s/ _____
Timothy J. Battle
Timothy J. Battle Law Offices
VSB# 18538
524 King Street
Alexandria, VA 22320-4593
(703) 836-1216 Tel
(703) 549-3335 Fax
tjbattle@verizon.net
*Counsel for XYZ.com LLC and Daniel Negari*

Derek A. Newman, admitted *pro hac vice*
Jason B. Sykes, admitted *pro hac vice*
Derek Linke, admitted *pro hac vice*
Sophy Tabandeh, admitted *pro hac vice*
Newman Du Wors LLP

100 Wilshire Blvd., Suite 940  
Santa Monica, CA 90401  
(310) 359-8200 Tel  
(310) 359-8190 Fax  
dn@nemanlaw.com  
*Counsel for XYZ.com LLC and Daniel Negari*

**CERTIFICATE OF SERVICE**

I certify that on September 8, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Nicholas M. DePalma
Randall K. Miller
Kevin W. Weigand
Taylor S. Chapman
Venable LLP (Vienna)
8010 Towers Crescent Drive, Suite 300
Tysons Corner, VA 22182
nicholas.depalma@venable.com
rkmiller@venable.com
kwweigand@venable.com
tschapman@venable.com
larhodes@venable.com

/s/
Timothy J. Battle
VSB# 18538
524 King Street
Alexandria, VA 22320-4593
(703) 836-1216 Tel
(703) 549-3335 Fax
tjbattle@verizon.net
*Counsel for XYZ.com LLC and Daniel Negari*