IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| VERISIGN, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 1:14-cv-1749-CMH-MSN |
| XYZ.COM LLC, et al., | ) | |
| Defendants. | ) | |

## **ORDER**

Having reviewed Defendants' Motion for Clarification or Modification of Order Granting Permission to Complete Four Limited Pending Discovery Matters (EFC 229) (Docket no. 266), Plaintiff's Opposition to Defendants' Motion, Defendants' Reply Brief, and the orders of the United States District Court for the Central District of California attached as Exhibits A, B, and E to Plaintiff's Opposition brief, it is hereby ORDERED that Defendants' Motion is DENIED. Defendants' vague and premature concerns are adequately addressed by this Court's Order of August 24, 2015, extending discovery "until September 23, 2015, for the *limited purposes* identified in Plaintiff's Motion [Docket no. 208]." Docket no. 229 (emphasis added).

ENTERED this 11th day of September 2015.

/s/
Michael S. Nachmanoff
United States Magistrate Judge

Alexandria, Virginia