IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Verisign, Inc., <br><br> Plaintiff, <br><br> v. <br><br> XYZ.com, LLC and Daniel Negari, <br><br> Defendants. | Case No. 1:14-cv-01749 CMH-MSN |

**DEFENDANTS' RESPONSE TO VERISIGN, INC.'S MOTION FOR PERMISSION TO TAKE THE DEPOSITION OF ERNST & YOUNG ON OCTOBER 7, 2015 (ECF 293)**

Defendants XYZ.com, LLC ("XYZ") and Daniel Negari (collectively, "Defendants"), by and through undersigned counsel, file this response to Verisign, Inc.'s Motion for Permission to Take the Deposition of Ernst & Young on October 7, 2015 (ECF 293). Defendants do not object to an October 7, 2015 deposition of Ernst & Young (E&Y) on the limited subject matter identified by Verisign in its motion—E&Y's review of the Network Solutions transaction. (ECF 293, ¶ 9.)

Respectfully submitted,

Dated: September 18, 2015.

/s/ _____
Timothy J. Battle (VSB No. 18538)
Timothy J. Battle Law Offices
524 King Street
Alexandria, VA 22320-4593
(703) 836-1216 Tel
(703) 549-3335 Fax

tjbattle@verizon.net

Derek A. Newman, admitted pro hac vice
Jason B. Sykes, admitted pro hac vice
Derek Linke, admitted pro hac vice
Sophy Tabandeh, admitted pro hac vice
Newman Du Wors LLP
100 Wilshire Boulevard, Suite 940
Santa Monica, CA 90401
(310) 359-8200 Tel
(310) 359-8190 Fax
*dn@newmanlaw.com*
*jason@newmanlaw.com*
*linke@newmanlaw.com*
*sophy@newmanlaw.com*

*Counsel for Defendants XYZ.com LLC and Daniel Negari*

**CERTIFICATE OF SERVICE**

I certify that on September 18, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NED) to the following:

Nicholas Martin DePalma
Randall Karl Miller
Kevin William Weigand
Taylor Sumner Chapman
Venable LLP (Vienna)
8010 Towers Crescent Drive
Suite 300
Tysons Corner, VA 22182
*nicholas.depalma@venable.com*
*rkmiller@venable.com*
*kwweigand@venable.com*
*tschapman@venable.com*

/s/ _____
Timothy J. Battle (VSB No. 18538)
Timothy J. Battle Law Offices
524 King Street
Alexandria, VA 22320-4593
(703) 836-1216 Tel
(703) 549-3335 Fax
tjbattle@verizon.net
*Counsel for Defendants XYZ.com LLC and Daniel Negari*