IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| VERISIGN, INC., | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 1:14-cv-1749-CMH-MSN |
|  | ) | |
| XYZ.COM LLC, et al., | ) ) | |
| Defendants. | ) ) | |

## ORDER

Having reviewed Plaintiff's Motion for Permission to Take the Deposition of Ernst & Young on October 7, 2015 (Dkt. No. 293), as well as Defendants' response to that Motion (Dkt. No. 295), it is hereby ORDERED that Plaintiff's Motion is GRANTED and that Plaintiff shall be permitted to take the requested deposition on October 7, 2015.

ENTERED this 21st day of September, 2015.

/s/
Michael S. Nachmanoff
United States Magistrate Judge

Alexandria, Virginia