**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| **VERISIGN, INC.,** | |
| **Plaintiff,** | **Case No. 1:14-cv-01749-CMH-MSN** |
| **v.** | |
| **XYZ.COM, LLC** | |
| **-and-** | |
| **DANIEL NEGARI,** | |
| **Defendants.** | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE THAT, pursuant to Local Civil Rule 7(E), Plaintiff VeriSign,

Inc. will bring its Motion for Leave to File Under Seal Verisign's Opposition to Summary

Judgment and Related Filings and Exhibits before the Honorable Claude M. Hilton on Friday,

October 23, 2015 at 10:00 am, or as soon thereafter as counsel may be heard.

Dated: October 5, 2015

/s/_____
Randall K. Miller (VSB No. 70672))
Nicholas M. DePalma (VSB No. 72886)
Kevin W. Weigand (VSB No. 81073)
Taylor S. Chapman (VSB 81968)
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Tysons Corner, VA 22182
Phone: (703) 905-1404
Facsimile: (703) 821-8949
E-mail: rkmiller@venable.com

*Counsel to Plaintiff VeriSign, Inc.*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 5th day of October, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Timothy J. Battle
524 King Street
Alexandria, VA 22320-4593
(703) 836-1216 Tel
(703) 549-3335 Fax
Email: tjbattle@verizon.net

Derek A. Newman
Derek Linke
Jason Sykes
Sophy Tabandeh
Newman Du Wors, LLP
100 Wilshire Boulevard, Suite 940
Santa Monica, CA 90401
310.359.8188 Tel
310.359.8190 Fax
Email: dn@newmanlaw.com
linke@newmanlaw.com
jason@newmanlaw.com
sophy@newmanlaw.com

*Counsel to Defendants XYZ.COM, LLC and Daniel Negari*

/s/
Randall K. Miller (VSB No. 70672))
Nicholas M. DePalma (VSB No. 72886)
Kevin W. Weigand (VSB No. 81073)
Taylor S. Chapman (VSB 81968)
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Tysons Corner, VA 22182
Phone: (703) 905-1404
Facsimile: (703) 821-8949
E-mail: rkmiller@venable.com

*Counsel to Plaintiff VeriSign, Inc.*