IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| VERISIGN, INC., <br><br> Plaintiff, <br><br> v. <br><br> XYZ.COM, LLC <br><br> -and- <br><br> DANIEL NEGARI, <br><br> Defendants. | Case No. 1:14-cv-01749-CMH-MSN |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT, pursuant to Local Civil Rule 7(E), Plaintiff VeriSign, Inc. will bring its Motion for Leave to File Under Seal An Unredacted Version of Verisign's Motion for Adverse Inference and accompanying Exhibits to Declaration of Kevin W. Weigand before the Honorable Claude M. Hilton on Friday, October 30, 2015 at 10:00 am, or as soon thereafter as counsel may be heard.

Dated: October 16, 2015

/s/
Randall K. Miller (VSB No. 70672))
Nicholas M. DePalma (VSB No. 72886)
Kevin W. Weigand (VSB No. 81073)
Taylor S. Chapman (VSB 81968)
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Tysons Corner, VA 22182
Phone: (703) 905-1404
Facsimile: (703) 821-8949
E-mail: rkmiller@venable.com
E-mail: kwweigand@venable.com

*Counsel to Plaintiff VeriSign, Inc.*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 16th day of October, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Timothy J. Battle
>524 King Street
>Alexandria, VA 22320-4593
>(703) 836-1216 Tel
>(703) 549-3335 Fax
>Email: tjbattle@verizon.net
>
>Derek A. Newman
>Derek Linke
>Jason Sykes
>Sophy Tabandeh
>Newman Du Wors, LLP
>100 Wilshire Boulevard, Suite 940
>Santa Monica, CA 90401
>310.359.8188 Tel
>310.359.8190 Fax
>Email: dn@newmanlaw.com
>linke@newmanlaw.com
>jason@newmanlaw.com
>sophy@newmanlaw.com
>
>*Counsel to Defendants XYZ.COM, LLC and Daniel Negari*

>/s/
>Randall K. Miller (VSB No. 70672)
>Nicholas M. DePalma (VSB No. 72886)
>Kevin W. Weigand (VSB No. 81073)
>Taylor S. Chapman (VSB 81968)
>VENABLE LLP
>8010 Towers Crescent Drive, Suite 300
>Tysons Corner, VA 22182
>Phone: (703) 905-1404
>Facsimile: (703) 821-8949
>E-mail: rkmiller@venable.com
>
>*Counsel to Plaintiff VeriSign, Inc.*