IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Verisign, Inc., <br><br>       Plaintiff, <br><br>v. <br><br>XYZ.com, LLC et al, <br><br>       Defendants. | Civil Action No. 1:14-cv-01749 CMH-MSN |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that Defendants XYZ.com, LLC and Daniel Negari, by counsel, and in accordance with the Local Rules of this Court, will bring their Motion for Leave to File Under Seal the unredacted version of their Opposition to Plaintiff's Motion for Adverse Inference before the Honorable Claude M. Hilton on Friday, October 30, 2015 at 10:00 a.m., or as soon thereafter as counsel may be heard.

Dated October 22, 2015.  Respectfully submitted,

/s/
Timothy J. Battle (VSB# 18538)
Timothy J. Battle Law Offices
524 King Street
Alexandria, VA 22320-4593
(703) 836-1216 Tel
(703) 549-3335 Fax
tjbattle@verizon.net

Derek A. Newman, admitted pro hac vice
Jason B. Sykes, admitted pro hac vice
Derek Linke, admitted pro hac vice
Sophy Tabandeh, admitted pro hac vice
Newman Du Wors LLP
100 Wilshire Blvd., Suite 940
Santa Monica, CA 90401
(310) 359-8200 Tel
(310) 359-8190 Fax
*dn@nemanlaw.com*

1

*jason@newmanlaw.com*
*linke@newmanlaw.com*
*sophy@newmanlaw.com*

*Counsel for Defendants XYZ.com LLC and Daniel Negari*

**CERTIFICATE OF SERVICE**

I certify that on October 22, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Nicholas M. DePalma
Randall K. Miller
Kevin W. Weigand
Taylor S. Chapman
Venable LLP (Vienna)
8010 Towers Crescent Drive
Suite 300
Tysons Corner, VA 22182
*nicholas.depalma@venable.com*
*rkmiller@venable.com*
*kwweigand@venable.com*
*tschapman@venable.com*

/s/
Timothy J. Battle (VSB# 18538)
524 King Street
Alexandria, VA 22320-4593
(703) 836-1216 Tel
(703) 549-3335 Fax
tjbattle@verizon.net
*Counsel for XYZ.com LLC and Daniel Negari*