# ** CIVIL MOTION HEARING**

Date: 10/23/15                    Judge: Hilton
                                                           Reporter: Westfall

Time: 10:40 – 11:15

Civil Action Number: 1:14cv1749

VeriSign, Inc. v. XYZ.com, LLC, et al

| Counsel for Plaintiff: | Counsel for Defendants: |
|---|---|
| Nicholas DePalma | Timothy Battle |
| Randall Miller | Derek Newman |

Defendants' [299] Motion for Summary Judgment – Argued and taken under advisement.