# Exhibit B



Transcript of **Holden Andrews**

**Date:** July 17, 2015

**Case:** Verisign, Inc. -v- XYZ.Com, LLC, et al

Planet Depos, LLC
Phone: 888-433-3767
Fax: 888-503-3767
Email: transcripts@planetdepos.com
Internet: www.planetdepos.com

Worldwide Court Reporting | Interpretation | Trial Services



Videotaped Deposition of Holden Andrews
Conducted on July 17, 2015







Videotaped Deposition of Holden Andrews
Conducted on July 17, 2015



24



Videotaped Deposition of Holden Andrews
Conducted on July 17, 2015





Videotaped Deposition of Holden Andrews
Conducted on July 17, 2015

38

13    Q.   Is this the typical process before emails        08:52:34

14  are sent out?                                            08:52:48

15        MR. SYKES:  Objection; calls for                   08:52:49

16  speculation.                                             08:52:52

17        THE WITNESS:  Yes.  Excuse me.  Yes, I don't       08:52:52

18  know a typical process.  I don't think there is a        08:52:56

19  typical process.                                         08:53:00

20  BY MR. DEPALMA:                                          08:53:01

21    Q.   No.  But in terms of content, messages           08:53:01

22  provided by Shayan, if you're going to send out a        08:53:04

23  mass email, you one run you it through them for          08:53:07

24  approval, that sort of thing?                            08:53:10

25        MR. SYKES:  Objection; assumes facts not in        08:53:11



44



Videotaped Deposition of Holden Andrews
Conducted on July 17, 2015



Videotaped Deposition of Holden Andrews
Conducted on July 17, 2015



62

Videotaped Deposition of Holden Andrews
Conducted on July 17, 2015





64



Videotaped Deposition of Holden Andrews
Conducted on July 17, 2015



66



Videotaped Deposition of Holden Andrews
Conducted on July 17, 2015



Videotaped Deposition of Holden Andrews
Conducted on July 17, 2015



Videotaped Deposition of Holden Andrews
Conducted on July 17, 2015



77

Videotaped Deposition of Holden Andrews
Conducted on July 17, 2015





Videotaped Deposition of Holden Andrews
Conducted on July 17, 2015



80

Videotaped Deposition of Holden Andrews
Conducted on July 17, 2015





Videotaped Deposition of Holden Andrews
Conducted on July 17, 2015



84

Videotaped Deposition of Holden Andrews
Conducted on July 17, 2015



Videotaped Deposition of Holden Andrews
Conducted on July 17, 2015

87



Videotaped Deposition of Holden Andrews
Conducted on July 17, 2015





101

1       STATE OF CALIFORNIA      )

2                                ) ss.

3       COUNTY OF LOS ANGELES    )

4

5

6            I, NIKKI ROY, Certified Shorthand Reporter,

7       certificate number 3052, for the State of California,

8       hereby certify:

9            The foregoing proceedings were taken before me

10      at the time and place therein set forth, at which

11      time the deponent was placed under oath by me;

12           The testimony of the deponent and all objections

13      at the time of the examination were recorded

14      stenographically by me and were thereafter

15      transcribed; that reading and signing was not requested;

16           The foregoing transcript is a true and correct

17      transcript of my shorthand notes so taken;

18           I further certify that I am neither counsel for

19      nor related to any party to said action nor in any

20      way interested in the outcome thereof.

21           In witness whereof I have hereunto subscribed my

22      name this 18th day of July, 2015.

23

24      _____

25      Certified Shorthand Reporter