IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Verisign, Inc.,

        Plaintiff,

v.

XYZ.com, LLC et al,

        Defendants.

Civil Action No. 1:14-cv-01749 CMH-MSN

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendants XYZ.com LLC and Daniel Negari will present oral argument at a hearing on their Motion In Limine Number 1 to Exclude Witnesses Not Disclosed in Discovery on Friday, October 30, 2015 at 10:00 a.m., or as soon thereafter as counsel may be heard.

Dated October 23, 2015.

Respectfully submitted,

/s/
Timothy J. Battle (VSB# 18538)
Timothy J. Battle Law Offices
524 King Street
Alexandria, VA 22320-4593
(703) 836-1216 Tel
(703) 549-3335 Fax
tjbattle@verizon.net
*Counsel for XYZ.com LLC and Daniel Negari*

Derek A. Newman, admitted *pro hac vice*
Jason B. Sykes, admitted *pro hac vice*
Newman Du Wors LLP
100 Wilshire Blvd., Suite 940
Santa Monica, CA 90401
(310) 359-8200 Tel
(310) 359-8190 Fax
*dn@nemanlaw.com*
*jason@newmanlaw.com*
*linke@newmanlaw.com*
*sophy@newmanlaw.com*

1

*Counsel for Defendants XYZ.com LLC and Daniel Negari*

**CERTIFICATE OF SERVICE**

I certify that on October 23, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Nicholas M. DePalma
Randall K. Miller
Kevin W. Weigand
Taylor S. Chapman
Venable LLP (Vienna)
8010 Towers Crescent Drive
Suite 300
Tysons Corner, VA 22182
nmdepalma@venable.com
rkmiller@venable.com
kwweigand@venable.com
tschapman@venable.com
larhoades@venable.com

/s/
Timothy J. Battle (VSB# 18538)
524 King Street
Alexandria, VA 22320-4593
(703) 836-1216 Tel
(703) 549-3335 Fax
tjbattle@verizon.net
*Counsel for XYZ.com LLC and Daniel Negari*