IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| VERISIGN, INC. | ) |
| Plaintiff, | ) ) ) ) ) |
| v. | ) Civil Action No. 1:14-cv-01749 ) ) |
| XYZ.COM, LLC ET AL | ) ) ) |
| Defendants. | ) ) |

**ORDER**

It appearing that this matter has been removed from the Court's trial docket because the Defendant is entitled to Summary Judgment, it is hereby

ORDERED that all outstanding Motions to Seal (Dkt. No. 316, 322, 330, 332, 335, 343, 349, and 354); all outstanding Motions in Limine (Dkt. No. 358, 359, 360, 361, 362, 363, 364, and 365); and the outstanding Motion for Adverse Inference and Incorporated Memorandum in Support (Dkt. No. 339) are DISMISSED as MOOT.

/s/ Claude M. Hilton

CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
November 2, 2015