IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| VERISIGN, INC., <br><br> Plaintiff, <br><br> v. <br><br> XYZ.COM, LLC, et al. <br><br> Defendants. | Case No. 1:14-cv-01749-CMH-MSN |

## PROPOSED ORDER

This matter comes before the Court on a consent motion filed by Plaintiff VeriSign Inc. ("Verisign"), to modify the Protective Order (Dkt. 57) to add "Timothy Jezek" to Paragraph 6(b). Accordingly, it is hereby ORDERED that the motion is GRANTED. The Protective Order is modified to add "Timothy Jezek" to Paragraph 6(b).

/s/
Michael S. Nachmanoff
United States Magistrate Judge

7/10/18