**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| **VERISIGN, INC.,**<br><br>    **Plaintiff,**<br><br>  v.<br><br>**XYZ.COM, LLC,** *et al.***,**<br><br>    **Defendants.** | Case No. 1:14-cv-01749-CMH-MSN |

**JOINT MOTION FOR ENTRY OF SCHEDULE
FOR POST-REMAND SUBMISSIONS**

COME NOW VeriSign, Inc. ("Verisign") and XYZ.com, LLC and Daniel Negari (together "XYZ"), and move for entry of a scheduling order governing post-remand submissions that the Court ordered on Friday, August 10, 2018. The parties respectfully request that the Court provide for the following schedule:

- Friday, September 14—XYZ files its post-remand submission not to exceed 20 pages;

- Friday, September 28—Verisign files its response not to exceed 20 pages;

- Thursday, October 4—XYZ files its reply not to exceed 10 pages; and

- Friday, October 12—Set for hearing with argument at the Court's discretion.

Dated: August 23, 2018                     Respectfully submitted,

/s/
Randall K. Miller (VSB No. 70672)
Nicholas M. DePalma (VSB No. 72886)
Kevin W. Weigand (VSB No. 81073)
Taylor S. Chapman (VSB No. 81968)
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Tysons, VA 22182
Phone: (703) 905-1404 / Facsimile: (703) 821-8949
rkmiller@venable.com
nmdepalma@venable.com
kwweigand@venable.com
tschapman@venable.com

*Counsel to Plaintiff VeriSign, Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 23st day of August, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Timothy J. Battle
    524 King Street
    Alexandria, VA 22320-4593
    (703) 836-1216 Tel
    (703) 549-3335 Fax
    Email: tjbattle@verizon.net

    Derek A. Newman
    Derek Linke
    Jason Sykes
    Newman Du Wors, LLP
    100 Wilshire Boulevard
    Suite 940
    Santa Monica, CA 90401
    310.359.8188 Tel
    310.359.8190 Fax
    Email: dn@newmanlaw.com
    Email: linke@newmanlaw.com
    Email: jason@newmanlaw.com

    *Counsel to Defendants XYZ.COM, LLC and Daniel Negari*

      /s/
    Randall K. Miller (VSB No. 70672)
    Nicholas M. DePalma (VSB No. 72886)
    Kevin W. Weigand (VSB No. 81073)
    Taylor S. Chapman (VSB No. 81968)
    VENABLE LLP
    8010 Towers Crescent Drive, Suite 300
    Tysons, VA 22182
    Phone: (703) 905-1404 / Facsimile: (703) 821-8949
    rkmiller@venable.com
    nmdepalma@venable.com
    kwweigand@venable.com
    tschapman@venable.com

    *Counsel to Plaintiff VeriSign, Inc.*